ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
CALENDAR: Y
PAGE 1 of 31
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| Mr. Joshua Metnick, individually And derivatively on behalf of Topcoin, LLC, | ) | |
| Plaintiff, | ) | No. |
| v. | ) | |
| Mr. Michael Blend, Mr. Joshua Jones, Mr. George Minardos, FGL Labs, LLC, Topcoin, LLC, and Plan Bee, LLC, | ) | **Jury Demanded** |
| Defendants. | ) | |

**Complaint**

Now comes, Plaintiff, Mr. Joshua Metnick, by and through his attorneys, Patterson Law Firm, LLC, and for his Complaint against Defendants, states as follows:

**Introduction**

1. One high-technology concept and one modern marketing trend are at the crux of this dispute, but the legal theories are traditional. Modern technology permits transactions that used to be accomplished by mail or required human intermediaries to now be done by computer instantly.

2. The second modern trend is a loyalty program. From the simple — getting a card punched so that for every ten sandwiches you buy you get another one free — to the sophisticated aggregation of points on a credit card. Loyalty programs are ubiquitous today and don't appear to be

EXHIBIT
tabbies
A

going away or lessening in popularity, and appear will remain for the foreseeable future.

3. Loyalty programs are more valuable if the credits, points, or, as in this case, tokens, can be used by more than one provider of goods or services, and if they can be offered at a low cost to small businesses that lack the money or expertise to set up the loyalty programs of big businesses such as the major credit cards, airlines, or hotels.

4. The business idea relevant to this lawsuit was to expand a pre-existing digital platform loyalty program, Topcoin, LLC ("Topcoin") by using a Token Distribution Event ("TDE")

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 2 of 31

5. Mr. Metnick is a skilled developer and manager of developers with twenty-five years of experience at the CTO level for both privately and publicly traded companies.

6. Certain Defendants entered into an agreement with Mr. Metnick relating to the development of the technology behind the TDE for a cryptocurrency named Topcoin.

7. Pursuant to this agreement, Mr. Metnick would be provided equal ownership of the company distributing the tokens with Mr. Michael Blend (or his entity FGL Systems, LLC) and Mr. Joshua Jones.

8. He was also promised a number of new Topcoin tokens in exchange for his development work and the management of the developer team he was to assemble to complete the project.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 3 of 31

9. Further, in addition to the tokens and ownership interest, it was agreed that Mr. Metnick was to be compensated at a monthly rate of $12,500 per month for his work and be reimbursed for his expenses he incurred to advance the TDE.

10. Mr. Metnick and his development team began working on the project and were originally paid according to their agreement.

11. However, Mr. Metnick and his team stopped being paid in or about September 2017.

12. Nevertheless, Mr. Metnick and his team continued to work on the project based upon the representations by the Defendants.

13. Mr. Metnick has requested numerous times since July 2017 that the governing documents for Topcoin, LLC reflect that he was an equal partner with Mr. Blend and Mr. Jones.

14. In mid-January 2018, Mr. Metnick again requested that the draft operating agreements of Topcoin, LLC - which allegedly is the entity that holds the interest in the tokens - reflect that he was an equal partner.

15. Mr. Jones and Mr. Blend implicitly refused this request because immediately thereafter, they requested that Mr. Metnick turnover all control of the development work performed on the behalf of the company and all accounts that he created to perform such work.

16. On January 28, 2018, Mr. George Minardos, CEO of Topcoin, LLC, unilaterally issued a public statement on the behalf of the company that

it was pivoting away from the technology that Mr. Metnick and his team were developing and was offering a refund in the interim.[1]

17. The actions to harm their own company can only be explained by a desire to freeze-out or squeeze-out Mr. Metnick, leave him unpaid for his work, and saddle him with the bills for his team of developers he introduced to help launch the TDE.

18. Mr. Metnick brings this action to enforce the terms of the agreements with Defendants, obtain compensation, disassociation of the members' breaching their fiduciary duties to the entities, and bar Defendants from making any further statements to consumers on the behalf of the entities.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 4 of 31

**Parties**

19. Mr. Metnick is a citizen of Illinois and is a skilled developer and manager of developers with twenty-five years of experience at the CTO level for both privately and publicly traded companies.

20. He has significant experience with the development of blockchain technology, and has over a dozen patents pending in this field.

21. Mr. Michael Blend is an individual and is a citizen of the State of California.

22. Mr. Joshua Jones is an individual and is a citizen of the State of California.

---

[1] Ironically, Mr. Metnick initially suggested this Topcoin Bitcoin cash token concept to Mr. Jones several months prior.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 5 of 31

23. Mr. George Minardos is an individual and is a citizen of the State of California.

24. Topcoin, LLC is a Delaware Limited Liability Company with a principal place of business in Delaware.

25. FGL Labs, LLC is a Delaware Limited Liability Company with a principal place of business in Delaware.

26. Upon information and belief, Mr. Blend is the controlling member of FGL Labs, LLC.

27. Plan Bee, LLC is a California Limited Liability Company with a principal place of business in California. Upon information and belief, Mr. Minardos and Mr. Thomas Brackey, who is general counsel of Topcoin, LLC, are the controlling members of Plan Bee, LLC.

**Jurisdiction & Venue**

28. Jurisdiction is proper pursuant to 735 ILCS 5/2-209 because Defendants transacted business, committed a tortious act or acts, or made or promised to perform a contract within the State of Illinois.

29. Venue is proper in this Court pursuant to 735 ILCS 5/2-101 of the Illinois Code of Civil Procedure, in that a substantial part of the events giving rise to the claims asserted herein occurred in Cook County, Illinois.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 6 of 31

**TDEs**

30. TDEs enable a company to raise money through crowdfunding by providing tokens they create in exchange for money or other virtual currency.

31. These tokens are created on blockchain technology, by which, transactions between peer-to-peer networks are encrypted and secure.

32. The benefits of tokens and cryptocurrencies created on blockchain technology are the prevention of fraud, downtime, or interference from outsiders.

33. Generally, a company that wishes to utilize a TDE in order to raise money will create a whitepaper explaining their project, what the money will be used for, how many virtual tokens the creators will keep, what type of money will be accepted, and how long the TDE will be open.

**Topcoin**

34. In or about 2014, a loyalty program within the internet domain registration sector was formed by Mr. Josh Jones and Mr. Michael Blend.

35. For this loyalty program, tokens were created and distributed for sales in the domain registration sector with affiliated vendors, which were provided to consumers for their purchases and could then be redeemed on their future domain purchases from vendors who agreed to receive the tokens. (Ex. A, Topcoin Whitepaper.)

36. Originally, one Topcoin token could be redeemed with an accepting vendor for $1.00 off their purchase.

37. In or about 2017, Mr. Blend and Mr. Jones desired to expand the Topcoin ecosystem and planned to fund this expansion by providing working capital and holding a TDE.

38. The purpose of the expansion was to broaden the scope of the loyalty program to other consumer sales outside of the domain space and for the tokens to also be exchanged on third-party platforms as well as cryptocurrency exchanges.

39. The existing 14,000 individuals who owned pre-existing Topcoin would receive two new Topcoins for each pre-existing one as part of the rollout; therefore, this TDE is distinct to the extent it already had a considerable number of individuals using the tokens.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 7 of 31

40. Mr. Jones and Mr. Blend anticipated on creating three billion new Topcoins: (1) one billion be placed for sale in the TDE; (2) one billion would be set aside for the partners – i.e. companies agreeing to accept Topcoin for consumer purchases; and (3) one billion would be provided to the founders of the TDE.

41. Mr. Blend and Mr. Jones approached Mr. Metnick to lead them in the technical aspects of this endeavor.

42. On June 8, 2017, Mr. Blend and Mr. Jones offered Mr. Metnick an equal stakeholder interest in the venture with them for taking the leadership role in the technical development of the TDE. (Ex. B, June 23, 2017 E-mail Chain.)

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 8 of 31

43. On June 23, 2017, Mr. Blend asked Mr. Metnick to forward him their equity offer, which Mr. Metnick did, and Mr. Blend confirmed again that they offered him an equal one-third stake by replying, "[p]erfect." (Ex. B, June 23, 2017 E-mail Chain.)

44. It was further agreed, by way of a spreadsheet containing the Topcoin, LLC budget that Mr. Metnick would take on the role as CTO, would be provided monthly compensation of $12,500 as an employee, and also receives a number of tokens based upon a formula relating to the number of hours that he worked on the project.

45. Mr. Metnick agreed to these terms and began assembling a development team that would be able to assist him on the project.

46. Thereafter, Mr. Blend and Mr. Jones created two entities for the presumed purpose of creating the formal corporate structure for the TDE.

47. In or about July 7, 2017, Mr. Metnick discovered that Topcoin, LLC was not in good standing in the State of Delaware and alerted Mr. Blend, who then paid the back taxes for the entity in order to put it back into good standing.

48. Mr. Blend and Mr. Jones then formed another entity called TL Systems, LLC in Delaware.

49. Upon information and belief, Mr. Blend and Mr. Jones intended on Topcoin, LLC being used as the holding and parent company of TL Systems, LLC.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 9 of 31

50. Mr. Blend and Mr. Jones used Mr. Thomas Brackey as their counsel in forming is entity.

51. Mr. Blend and Mr. Jones then had Mr. Brackey draft non-disclosure and consulting agreements for the development team to sign with Topcoin, LLC, which were eventually executed by each member of Mr. Metnick's team.

52. In or about September 2017, Mr. Jones and Mr. Blend brought on Mr. George Minardos to serve as the CEO of the companies.

53. Mr. Minardos' role was to be in charge of the marketing, regulatory, and legal aspects of Topcoin, LLC.

54. In or about November 2017, Mr. Minardos formed another entity for this venture, Topcoin Ltd., in the Cayman Islands.

55. Upon information and belief, Mr. Minardos is the only member of this entity.

56. The purpose of this entity is unknown by Mr. Metnick.

**Failure to Compensate Mr. Metnick under the Agreements**

57. Mr. Metnick and his development team would submit weekly or monthly statements for their wages and expenses for reimbursement to Mr. Blend and Mr. Jones for the work they performed.

58. Mr. Blend personally paid these invoices on several occasions on the behalf of Topcoin, LLC. (Ex. C, August and October payments.)

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 10 of 31

59. However, Topcoin, LLC is substantially in arrears to Mr. Metnick based upon the statements he issued to it for his monthly wages and for the reimbursement of business expenses.

60. In or about August 21, 2017, Mr. Metnick e-mailed Mr. Blend a table consisting of him and other developers' hours worked, rates, and expenses that were outstanding. (Ex. D, August 21, E-mail Chain.)

61. Mr. Blend replied to this e-mail on the same day by stating that he "can handle these", and requested payment information for the developers and Mr. Metnick. (Ex. D, August 21, E-mail Chain.)

62. On August 31, 2017, Mr. Blend represented that he was getting checks in the mail for the outstanding invoices.

63. To date, some of the developers and Mr. Metnick have not been paid for these invoices despite Mr. Blend's representation that he would have them paid.

64. Topcoin, LLC owes Mr. Metnick in excess of $100,000 for his unpaid wages and unreimbursed expenses.

65. In or about October 2017, pre-sales for the TDE went live and individuals could purchase Topcoin tokens that Mr. Metnick and his team developed on the Ethereum blockchain.

66. After the launch, Mr. Metnick and his team were using their best efforts in handling all customer service requests and purchases of the tokens since the TDE went live.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 11 of 31

**Control Dispute**

67. At all times relevant, Mr. Metnick was a member of Topcoin, LLC.

68. Since July 2017, Mr. Metnick has requested formal written agreements relating to how the businesses would be governed and run.

69. Additionally, he has requested that the other controlling members observe corporate formalities.

70. Mr. Brackey, general counsel[2] for Topcoin, LLC, has distributed several versions of the operating agreements for Topcoin, LLC to its members.

71. However, none of the distributed operating agreements reflect the original agreement that Mr. Metnick would be an equal partner with Mr. Blend and Mr. Jones.

72. Rather, the only voting members of Topcoin, LLC would be FGL Labs, LLC (owned by Mr. Blend), Mr. Jones, and Uniregistry, Corp.

73. In the draft operating agreement Mr. Metnick was to receive a different class of membership units, no voting rights, and less units than his partners despite their prior representations that Mr. Metnick would be an "equal stakeholder."

74. Accordingly, the operating agreements' terms were contrary to the prior agreement made between Mr. Metnick, Mr. Jones, and Mr. Blend regarding their interests in the TDE.

---

[2] Notably, Mr. Brackey is also a member of Topcoin, LLC.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 12 of 31

75. Mr. Metnick voiced his objections to these terms to Mr. Blend, Mr. Jones, and Mr. Brackey since September 2017.

76. In January 2018, Mr. Metnick voiced his concerns again that the operating agreement did not reflect their agreement.

77. Almost immediately after voicing his concerns, Mr. George Minardos sent Mr. Metnick a letter requesting that Mr. Metnick turnover all of the work he and his development team created for the past six-months and access to accounts that the programming was performed on.

78. Thereafter, on January 28, 2018, Mr. Minardos, Mr. Blend, and Mr. Jones issued a statement on Topcoin.com that the TDE was going to be delayed because it was changing its plan on building the tokens on the Ethereum blockchain.

79. Instead, they announced that Topcoin, LLC would be pivoting and would be launching the new Topcoin by building it on the Bitcoin Cash blockchain.

80. They also represented that previous purchasers in the TDE would be offered a refund for the tokens that they purchased already.

81. This announcement was made in bad-faith in order to coerce Mr. Metnick and his team to turnover their work or else face repercussions handling the refunds consumers may request due to the announcement.

82. Further, customers who already purchased the tokens on the pre-existing platform have grown frustrated with the change of direction of the company and have requested refunds.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 13 of 31

83. There was no reason to change the platform that Mr. Metnick and his team built.

84. Mr. Jones and Mr. Blend developed and control the technology that they are now building the new Topcoin on - available to view at http://satokshi.com ("Satokshi") - which is not compatible with the pre-existing Topcoin holders, or the new Topcoin tokens that were developed by Mr. Metnick and his team.

85. Nor was this new technology compatible with what was sold to the public and is also not compatible with the scores of public token exchanges that are Ethereum compliant.

86. Upon information and belief, every transaction on Satokshi will generate a fee which will benefit Mr. Jones and Mr. Blend personally.

87. This is a breach of fiduciary duty, in that they have made this decision for their personal benefit instead of for the good of the entities.

88. Nor did they offer this opportunity to Topcoin, LLC before developing it themselves, which is a breach of loyalty.

**The entities are merely shams.**

89. Mr. Blend and Mr. Jones are the controlling members of Topcoin LLC.

90. Neither entity was sufficiently capitalized in order to develop the technology they employed Mr. Metnick and his team to develop.

91. Upon information and belief, no bank accounts were established in the name of the entity.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 14 of 31

92. Upon information and belief, no Employer Identification Number was obtained, and to date, despite Mr. Metnick's demands, he has not received tax documents for the payments he did receive for the work he performed.

93. Upon information and belief, Mr. Metnick's development team has not received tax documents for the payments they received.

94. Further, upon information and belief, Mr. Minardos, Mr. Blend, and Mr. Jones never set up bank accounts for Topcoin LLC and all funds that it receives are deposited in other unrelated entities' bank accounts or their personal ones.

95. For example, Mr. Minardos received a wire from a customer for the purchase of over $10,000 worth of Topcoin, which went to Plan Bee, LLC's account.

96. Mr. Minardos never informed the development team of this purchase, and therefore, they never sent the customer his tokens.

97. This customer subsequently requested a refund, which, on information and belief, Mr. Minardos has never honored.

98. Upon information and belief, these funds remain with Plan Bee, LLC.

99. On February 8, 2018, Mr. Metnick made a formal demand upon the directors and officers of Topcoin, LLC to bring a direct suit against Mr. Blend, Mr. Jones, and Plan Bee, LLC due to breaches of their fiduciary duties or conversion and they have refused.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 15 of 31

**Count I – Breach of Contract - Mr. Metnick against Mr. Blend, Mr. Jones, and Topcoin, LLC**

100. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

101. Mr. Metnick brings this claim directly against Mr. Blend, Mr. Jones, and Topcoin, LLC.

102. Mr. Jones and Mr. Blend, on their own behalf and on behalf of Topcoin, LLC, on or about June 8, 2017, asked Mr. Metnick to furnish the management and development services to create new Topcoin tokens on the Ethereum platform to fulfill a planned TDE. (Ex. D, August 21, 2017, E-mail Chain.)

103. In exchange, they offered to issue him a one-third interest in Topcoin, LLC with equal rights to every other interest holder, pay him for his efforts as an employee and reimburse him for his expenses, and to provide him tokens after the TDE based upon the amount of hours he worked. (Ex. D, August 21, 2017, E-mail Chain.)

104. On or about June 8, 2017, Mr. Metnick agreed to this offer and thereafter he provided the management and development services to create the new Topcoin tokens on the Ethereum platform for the TDE.

105. Pursuant to the terms of this resulting agreement, Mr. Metnick performed all conditions precedent.

106. Mr. Blend and Mr. Jones represented to Topcoin LLC's consumers that they would be selling tokens based on the Ethereum blockchain.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 16 of 31

107. In or about October 2017, Mr. Metnick and his team launched pre-sales for the TDE at the request of Mr. Blend, Mr. Jones, and Mr. Minardos.

108. Over $10,000 worth of Topcoin tokens had been sold before the defendants, as set forth below, stopped the sale.

109. Defendants have materially breached their agreement with Mr. Metnick by failing to provide him an equal one-third interest in Topcoin, LLC, and by failing to pay him for his management and development work after September 2017.

110. Mr. Metnick has demanded his equal one-third interest in Topcoin, LLC since July 2017, has asked for formal written agreements to conform to their agreement and establish how the businesses would be governed and run, and has requested that the other members observe corporate formalities.

111. Starting in September, 2017 (the time defendants first failed to pay), Mr. Metnick has demanded his monthly compensation and expense reimbursements despite many times representing that it intended to pay the amounts invoiced. The outstanding amount owed for the management and development work and expenses thus far is in excess of $100,000.00.

Wherefore, Mr. Metnick prays that the Court enter judgment in its favor and against Defendants, and order specific performance whereby Mr. Metnick receives an equal one-third interest in Topcoin, LLC, award

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 17 of 31

damages that have occurred to him as a result of the failure to timely transfer those equal interests to him, award damages for the failure to pay him for his management and development work, award pre-and-post judgment interest, and costs, as appropriate, and award such other relief this Honorable Court deems just and proper.

**Count II– Violation of Illinois Wage Payment & Collection Act ("IWPCA")– Mr. Metnick against Topcoin, LLC, Mr. Blend, and Mr. Jones**

112. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

113. Mr. Metnick brings this claim directly against Topcoin, LLC, Mr. Blend, and Mr. Jones.

114. In or about July 2018, Mr. Metnick became an employee (as defined under the IWPCA) of Topcoin, LLC and entered into an employment agreement (as defined under the IWPCA) with Topcoin, LLC.

115. Mr. Metnick performed his work as an employee (as defined under the IWPCA) on the behalf of Topcoin, LLC in Illinois.

116. According to their employment agreement (as defined under the IWPCA), Mr. Metnick was entitled to his agreed upon compensation of $12,500 per month.

117. Pursuant to the IWPCA, Topcoin, LLC had an obligation to pay Mr. Metnick his $12,500 on a timely basis.

118. To date, Topcoin, LLC has failed to provide Mr. Metnick over two months of his agreed upon monthly compensation.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 18 of 31

119. Topcoin, LLC is consequently in violation of the IWPCA by failing to provide Mr. Metnick his final compensation (including earned commissions) after his ousting from the company.

120. Mr. Blend and Mr. Jones, Topcoin, LLC's officers and members, have knowledge of and knowingly permitted this willful non-payment, and therefore they also are personally liable pursuant to the IWPCA for Mr. Metnick's damages.

Wherefore, Mr. Metnick requests that this Honorable Court enter an order granting judgment in favor of Mr. Metnick against Topcoin, LLC, Mr. Blend, and Mr. Jones for compensatory damages in excess of $50,000.00 for the owed payments, award an additional 2% per month for these withheld payments, award costs and attorneys' fees, and grant such further and additional relief as this Court deems just and appropriate.

**Count III (Account stated against Blend and Topcoin, LLC) (in the alternative)**

121. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

122. Invoices were sent monthly for the work Mr. Metnick and his team performed and the Defendants never disputed the quality of the work or the amount billed, thereby creating an account stated.

123. Attached hereto are the unpaid invoices and expenses as Exhibit E.

Wherefore, Mr. Metnick prays that the Court enter judgment in his favor for the failure to pay him for his management and development work, as

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 19 of 31

reflected in the unpaid, undisputed invoices, award pre-and-post judgment interest and costs, as appropriate, and grant such other relief this Honorable Court deems just and proper.

**Count IV – Breach of Fiduciary Duty – Mr. Metnick against FGL Labs, LLC , Mr. Blend, and Mr. Jones**

124. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

125. Mr. Metnick brings this claim directly against Mr. Blend, Mr. Jones, and FGL Labs, LLC.

126. Mr. Metnick is a member of Topcoin, LLC because he performed all obligations under their agreement.

127. Mr. Jones and FGL Labs, LLC are the majority members of Topcoin, LLC.

128. Upon information and belief, Mr. Blend is the controlling member of FGL Labs, LLC.

129. On or about January 27, 2018, after recent requests by Mr. Metnick for performance, Mr. Jones and Mr. Blend demanded that he turnover all control of the development work created for the past six-months and all accounts that he used to perform such work.

130. Mr. Metnick refused based upon the fact he was owed backpay, the contractors remained unpaid who developed the code and therefore had copyright protection over it, and that the accounts that were requested be turned over were his personal accounts created prior to the development of the TDE – e.g. Slack, Zendesk, GitHub, etc.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 20 of 31

131. On January 28, 2018, Mr. George Minardos, CEO of Topcoin, LLC, unilaterally issued a public statement on the behalf of the company that it was pivoting away from the technology that Mr. Metnick and his team were developing and was offering a refund in the interim.

132. On the same date, Mr. Minardos, Mr. Blend, and Mr. Jones issued a statement on Topcoin.com that the TDE was going to be delayed because it was changing its plan on building the tokens on the Ethereum blockchain. Instead, they announced that Topcoin, LLC would be launching the new Topcoin by building it on the Bitcoin Cash blockchain.

133. They also represented that previous purchasers in the TDE would be offered a refund for the tokens that they purchased already. Customers who already purchased the tokens on the pre-existing platform have grown frustrated with the change of direction of the company and have requested refunds.

134. These decisions and announcements were made in an effort to freeze Mr. Metnick out of the company or squeeze him out of the business opportunity, in bad faith, and to further their breach of fiduciary duties, including but not limited to:

a) Raising $10,000 for issued tokens before the defendants stopped the event, announced that they would not be honored, and promised refunds, and Mr. Minardos or Plan Bee, LLC received over $10,000 in cash in exchange for tokens.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 21 of 31

b) Failing to deposit these funds with the company and, further, has failed to return them to the customers requesting refunds notwithstanding defendants' promise to do so.

c) Having no legitimate reason for changing the platform Topcoin would be based upon other than to freeze out or squeeze Mr. Metnick out of Topcoin, LLC.

d) Developing and controlling the technology on which they are now building the new Topcoin -- available to view at http://satokshi.com ("Satokshi") -- which is not compatible with the pre-existing Topcoin holders, or the new Topcoin tokens that were developed by Mr. Metnick. For which, upon information and belief, every transaction on Satokshi will generate a fee which will benefit Mr. Jones and Mr. Blend personally.

e) Failing to offer this opportunity to Topcoin, LLC before developing it themselves.

g) Failing to disclose to Mr. Metnick that they were developing this technology while Mr. Metnick was developing Topcoin on the Ethereum blockchain.

135. Their actions are therefore oppressive upon Mr. Metnick, a minority member, and they have breached their fiduciary duties of loyalty and care to him and the company.

136. The launch of the TDE will be delayed for several months, consumers will consider the company poorly run and it will therefore lose

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 22 of 31

goodwill, and they have made this decision purely because they will personally benefit.

Wherefore, Mr. Metnick prays that the Court enter judgment in his favor and against Defendants in an amount to be determined at trial, order the removal of Mr. Blend, Mr. Jones, FGL Labs, LLC, as directors and officers of Topcoin, LLC, order the dissociation of Mr. Blend, Mr. Jones, and FGL Labs, LLC from Topcoin, LLC, or in the alternative, order a receiver being appointed, and grant any further relief this Court deems just and appropriate.

**Count V – Breach of Fiduciary Duty – Mr. Metnick derivatively on behalf of Topcoin, LLC against FGL Labs, LLC, Mr. Blend, and Mr. Jones**

137. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

138. Mr. Metnick brings this claim derivatively on the behalf of Topcoin, LLC against Mr. Blend, Mr. Jones, and FGL Labs, LLC.

139. Mr. Metnick is a member of Topcoin, LLC because he performed all obligations under their agreement.

140. Mr. Jones and FGL Labs, LLC are the majority members of Topcoin, LLC.

141. Upon information and belief, Mr. Blend is the controlling member of FGL Labs, LLC.

142. On or about January 27, 2018, after recent requests by Mr. Metnick for performance, Mr. Jones and Mr. Blend demanded that he turnover all

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 23 of 31

control of the development work created for the past six-months and all accounts that he used to perform such work.

143. Mr. Metnick refused based upon the fact he was owed back pay, the contractors remained unpaid who developed the code and therefore had copyright protection over it, and that the accounts that were requested be turned over were his personal accounts created prior to the development of the TDE – e.g. Slack, Zendesk, GitHub, etc.

144. On January 28, 2018, Mr. George Minardos, CEO of Topcoin, LLC, unilaterally issued a public statement on the behalf of the company that it was pivoting away from the technology that Mr. Metnick and his team were developing and was offering a refund in the interim.

145. On the same date, Mr. Minardos, Mr. Blend, and Mr. Jones issued a statement on Topcoin.com that the TDE was going to be delayed because it was changing its plan on building the tokens on the Ethereum blockchain. Instead, they announced that Topcoin, LLC would be launching the new Topcoin by building it on the Bitcoin Cash blockchain.

146. They also represented that previous purchasers in the TDE would be offered a refund for the tokens that they purchased already. Customers who already purchased the tokens on the pre-existing platform have grown frustrated with the change of direction of the company and have requested refunds.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 24 of 31

147. These decisions and announcements were made in breach of Defendants' duties of loyalty and care by taking actions detrimental to Topcoin, LLC but beneficial to themselves, and to further their breach of fiduciary duties, including but not limited to:

a) Raising $10,000 for issued tokens before the defendants stopped the event, announced that they would not be honored, and promised refunds, and Mr. Minardos or Plan Bee, LLC received over $10,000 in cash in exchange for tokens.

b) Failing to deposit these funds with the company and, further, has failed to return them to the customers requesting refunds notwithstanding Defendants' promise to do so.

c) Having no legitimate reason for changing the platform Topcoin would be based upon other than to freeze out or squeeze Mr. Metnick out of Topcoin, LLC.

d) Developing and controlling the technology on which they are now building the new Topcoin -- available to view at http://satokshi.com ("Satokshi") -- which is not compatible with the pre-existing Topcoin holders, or the new Topcoin tokens that were developed by Mr. Metnick. For which, every transaction on Satokshi will generate a fee which will benefit Mr. Jones and Mr. Blend personally.

e) Failing to offer this opportunity to Topcoin, LLC before developing it themselves.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 25 of 31

g) Failing to disclose to Mr. Metnick that they were developing this technology while Mr. Metnick was developing Topcoin on the Ethereum blockchain.

148. The launch of the TDE will be delayed for several months, consumers will consider the company poorly run and it will therefore lose goodwill, and they have made this decision purely because they will personally benefit.

149. On February 8, 2018, Mr. Metnick made a demand upon the directors of Topcoin, LLC to bring suit against Mr. Blend, Mr. Jones, and FGL Labs, LLC

150. However, they declined to proceed with such a suit.

Wherefore, Mr. Metnick prays that the Court enter judgment in Topcoin, LLC's favor and against Defendants in an amount to be determined at trial, order the removal of Mr. Blend, Mr. Jones, FGL Labs, LLC, as directors and officers of Topcoin, LLC, order the dissociation of Mr. Blend, Mr. Jones, and FGL Labs, LLC from Topcoin, LLC, or in the alternative, order that a receiver being appointed, and grant any further relief this Court deems just and appropriate.

**Count VI – Breach of Fiduciary Duty – Mr. Metnick against Mr. Minardos**

151. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

152. Mr. Metnick brings this claim directly against Mr. Minardos.

153. Mr. Metnick is a member of Topcoin, LLC.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 26 of 31

154. Mr. Minardos is the CEO of Topcoin, LLC.

155. Mr. Minardos has requested that Mr. Metnick return all of the development work he performed and turn over all access to his development accounts in an effort to oust him from the operations of Topcoin, LLC.

156. Further, Mr. Minardos has converted company property in the form of customer funds, which were provided to him or a company he controls for the purchase of over $10,000 worth of tokens.

157. However, Mr. Minardos failed to deposit these funds with the company, and further, has failed to return them to the customer when the individual requested a refund.

158. Mr. Minardos actions are therefore oppressive upon a minority member, such as Mr. Metnick.

159. Furthermore, despite selling over $10,000 worth of Topcoin already, Mr. Minardos backtracked on this representation and has scrapped that product.

160. By taking these actions, Mr. Minardos breached his fiduciary duties to Mr. Metnick and Topcoin, LLC by:

a) Raising $10,000 for issued tokens before the defendants stopped the event, announced that they would not be honored, and promised refunds, and Mr. Minardos or Plan Bee, LLC received over $10,000 in cash in exchange for tokens.

b) Failing to deposit these funds with the company and, further, has failed to return them to the customers requesting refunds notwithstanding Defendants' promise to do so.

c) Having no legitimate reason for changing the platform Topcoin would be based upon other than to freeze out or squeeze Mr. Metnick out of Topcoin, LLC.

161. As a result of these actions, launch of the TDE will be delayed for several months, consumers will consider the company poorly run and it will therefore lose goodwill.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 27 of 31

Wherefore, Mr. Metnick prays that the Court enter judgment in his favor and against Defendants in an amount to be determined at trial, order the removal of Mr. Minardos as an Officer of Topcoin, LLC, order the dissociation of Mr. Minardos from Topcoin, LLC as a member, order the removal of Mr. Minardos as an officer of Topcoin, LLC, and grant any further relief this Court deems just and appropriate.

**Count VII – Demand for Accounting pursuant to 6 Del. C. § 18-305 against Topcoin, LLC**

162. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

163. Under 6 Del. C. § 18-305 of the Delaware Limited Liability Company Act, a limited liability company must provide its members access to its records, upon demand, for any purpose reasonably related to the member's interest as a member of the limited liability company.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 28 of 31

164. As a member of Topcoin, LLC, Mr. Metnick is entitled to access to the records of Topcoin, LLC, including but not limited to the following:

    a. True and full information regarding the status of the business and financial condition of the company;

    b. Topcoin, LLC's books and records of accounts;

    c. Topcoin, LLC's tax returns;

    d. Any and all financial statements and reports for Topcoin, LLC, including the balance sheet, income statement, and P&L; and

    e. Any and all meeting minutes and records.

165. Mr. Metnick has requested information relating to the financials of Topcoin, LLC on numerous occasions.

166. Upon information and belief, Topcoin, LLC, is undercapitalized and third-party creditors (including Mr. Metnick's development team) may seek judgments against Topcoin, LLC and, as a member, Mr. Metnick is therefore entitled to information about the financial condition of Topcoin, LLC, including the status of any claims against or debts of Topcoin, LLC.

167. Therefore, Mr. Metnick respectfully requests that this Court require Topcoin, LLC to provide the following to Mr. Metnick the following:

    a. True and full information regarding the status of the business and financial condition of the company;

    b. Topcoin, LLC's books and records of accounts;

    c. Topcoin, LLC's tax returns;

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 29 of 31

    d. Any and all financial statements and reports for Topcoin, LLC,

including the balance sheet, income statement, and P&L; and

    e. Any and all meeting minutes and records.

Wherefore, Mr. Metnick prays that the Court enter judgment in his favor

and against Topcoin, LLC, order the accounting requested, and grant

such other relief it deems just and proper.

**Count VIII– Conversion - Mr. Metnick, derivatively on behalf of Topcoin, LLC against Plan Bee, LLC**

168. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated

herein this paragraph.

169. Mr. Metnick brings this count derivatively on the behalf of Topcoin,

LLC.

170. On February 8, 2018, Mr. Metnick made a demand upon the

directors of Topcoin, LLC to bring suit against Plan Bee, LLC.

171. However, they declined to proceed with such a suit.

172. Topcoin, LLC has been directly harmed by Plan Bee, LLC by way of

his possession of company assets.

173. Plan Bee, LLC received a payment for Topcoin tokens from a

customer.

174. However, these funds went straight into Plan Bee, LLC's personal

bank account.

175. Topcoin, LLC has an undeniable exclusive right to these funds and

has been damaged by being deprived of them.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 30 of 31

Wherefore, Mr. Metnick prays that the Court enter judgment in Topcoin, LLC's favor and against Plan Bee, LLC in an amount to be determined at trial, award pre-and post-judgment interest, punitive damages and costs, and grant such other relief it deems just and proper.

**Count IX– Spoliation of Evidence - Mr. Metnick against Mr. Minardos**

176. Mr. Metnick incorporates paragraphs 1 through 99 as if fully stated herein this paragraph.

177. On January 25, 2018, Mr. Minardos attempted to terminate Mr. Metnick's employment with Topcoin, LLC and demanded the return of the coding and websites for which Mr. Metnick and his developers were not fully paid or reimbursed.

178. As such, Mr. Minardos was aware that there was a likelihood that litigation would commence and there was a duty imposed upon him to take all reasonable efforts to preserve potential evidence that would be germane to the forthcoming lawsuit.

179. Nevertheless, on January 27, 2018, Mr. Minardos accessed Topcoin, LLC's cloud based storage account on Google Drive and deleted numerous files relating to the company and its operations.

180. Mr. Minardos was in possession and control of such files and willfully destroyed them despite anticipating the pendency of litigation.

Wherefore, Mr. Metnick prays that the Court enter a judgment in his favor and against Mr. Minardos in an amount to be determined at trial,

award pre-and post-judgment interest, punitive damages and costs, and grant such other relief it deems just and proper.

Respectfully submitted,

Dated: February 21, 2018

/s/Thomas E. Patterson

Thomas E. Patterson
Michael D. Haeberle
Alexander I. Passo
Patterson Law Firm, LLC
One North LaSalle Street
Suite 2100
Chicago, Illinois 60602
Tel.: 312-223-1699
Fax: 312-223-8549
tpatterson@pattersonlawfirm.com
mhaeberle@pattersonlawfirm.com
apasso@pattersonlawfirm.com

Attorneys for Plaintiff

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 31 of 31

ELECTRONICALLY FILED

WHITEPAPER:

# BLOCKCHAIN LOYALTY PLATFORM FOR DIGITAL PRODUCTS & SERVICES

EXHIBIT A

# Introducing Topcoin

Topcoin is a loyalty token network for digital goods and services using the Ethereum blockchain token protocol.

The first 30 years of the Internet evolved into collaborative computing via the world wide web. Today, we stand at the beginning of the next evolution in computing. New technologies like blockchain are transforming the web's structural protocols.

To date, loyalty programs have been managed by individual companies, creating fragmented, inefficient loyalty ecosystems often leading to poor customer satisfaction. Using blockchain technology combined with smart contracts, decentralized networks have the power to engender trust and improve siloed systems on the web.

Topcoin users interact on distributed loyalty network loyalty that utilizes a standardized token system, giving wholesalers and retailers of digital goods and services a simple way to add a loyalty program into their customer purchase path. By operating on a standardized, interoperable loyalty platform, the Topcoin token network has the potential to increase brand allegiance while enabling interoperability across what are currently siloed programs.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 2 of 28

# Topcoin Contents

| | |
|---|---|
| Abstract | 3 |
| Background (Loyalty Programs + Domain Industry) | 5-10 |
| Blockchain | 11-13 |
| Product: Topcoin | 14-16 |
| Topcoin The Company | 16-18 |
| Token Distribution Event | 19-24 |
| Topcoin The Team, Advisors & Partners | 25-26 |
| Conclusion & References | 27-28 |

Copyright © 2017 Topcoin Limited. All Rights Reserved.

# Abstract

Topcoin is the first operational and fully vertically integrated decentralized loyalty system, with over 15,000 current users.

Loyalty programs are widely used by vendors and consumers, but they have few established standards. Almost all customer affinity programs have high transaction costs, are subject to vendor manipulation, and are not easily exchangeable or interoperable.

Topcoin is the first distributed loyalty network system (DLNS) utilizing a blockchain-based token to allow buyers and sellers of digital goods to improve and expand their sales networks. Vendors can easily and cost effectively offer customers "points" in the form of tokens with the sale of any digital good. The customer can then use their tokens to purchase additional digital goods and services throughout the network. The Topcoin model disrupts traditional customer reward enterprise programs that lack interoperability, are subject to unilaterally imposed inflation, and extract significant transaction costs.

Topcoin already operates as a fully-functional, decentralized and vertically integrated loyalty program for digital goods. In September 2014, Topcoin created the first generation Topcoin.com tokens as a loyalty program working with the Internet domain industry, utilizing the Bitcoin Counterparty platform. With early partnerships such as Uniregistry, individuals holding Topcoin can receive and redeem the tokens for domain purchases. As of July 2017, Topcoin had over 15,000 unique Topcoin registered users.

The expansion of the Topcoin ecosystem requires a significant amount of resources and capital. We will conduct a Token Distribution Event (TDE) to sell one third of the fixed supply of Ethereum based TPC tokens to generate revenue that we will use to improve and expand the network. As part of the expansion, we are creating tokens built on the ERC-223 protocol and we will discontinue the first generation Counterparty tokens.

Utilizing smart contract, Topcoin will be facilitating a network that improves the reliability, and cost basis as compared to traditional loyalty programs. The second generation Topcoin tokens on the Ethereum blockchain will ensure that the ecosystem has access to the popular smart contract functionality. Through expanding the network of partners, Topcoin tokens will experience greater adoption as users will be able to use their tokens beyond the realm of domain names to include all digital goods and services that are associated with domains such as hosting, website creation, email, security, marketing, gaming and other services.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 3 of 28

Copyright © 2017 Topcoin Ltd. All Rights Reserved

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 4 of 28

# What Problem are We Solving with Topcoin?

**THE BENEFITS OF A DECENTRALIZED LOYALTY PROGRAM OVER PROPRIETARY SYSTEMS**

The loyalty and rewards industry as a whole generates over 55 billion dollars per year. However, the industry and consumers suffer from several major drawbacks created by the closed nature of most loyalty systems. To begin with, these systems prevent the cross-platform exchange of rewards. Additionally, they use inflation to devalue existing rewards. Furthermore, they extract significant transaction costs from consumers and merchants. Most importantly, they lack the network effects created by an increasingly larger network of users.

The average consumer participates in over 10 loyalty programs, yet exchanging rewards across different systems is either prohibited or complicated. To attempt to solve the problem of disparate proprietary systems, coalitions such as OneWorld for airline miles have evolved. However, by their very nature these coalitions remain closed and inefficient.

In addition, many loyalty programs have failed to maintain the value of their rewards by unilaterally decreeing that they are devaluing their rewards. For example many of the North American airline and hotel frequent user programs have devalued in the past with no notice and little communication to their customers.[1] Devaluation in this context comes from a reduction in the benefits or increasing the number of miles needed for rewards. Starbucks received negative press when they changed their loyalty program without notice, with customers referring to it as "Starflation."[2]

Exchanging rewards across different companies remains difficult and risks unpredictable devaluation for the consumer. To solve this problem of "closed loops," different coalitions and other forms of exchange have evolved to patch the problems that closed systems have created. Credit card points that work across a network of partners and skymiles are examples of such patches.

By operating on decentralized loyalty system and making loyalty transactions transparent on a blockchain, Topcoin tokens enable any third party to participate in a common rewards network, while offering customers more trust, transparency, and usability. If an individual company decides to devalue their rewards, the open loyalty ecosystem enables other merchants to step in to otherwise value the Topcoin tokens. The end result of expanded merchant partners is loyalty program with significant network effects, as more and more merchants and consumers participate.

http://www.cbc.ca/news/business/air-canada-aeroplan-1.4109869
http://www.cbc.ca/news/business/air-miles-rewards-programs-1.3712132
[2] http://www.kapitalust.com/starbucks-rewards-gets-diluted/
http://time.com/money/4246203/starbucks-new-loyalty-program-hate/

Copyright © 2017 Topcoin. All Rights Reserved

# **Background:** Loyalty Programs and Domain Industry

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 5 of 28

## LOYALTY PROGRAMS & MARKET SIZE

Loyalty programs in the United States and Canada have evolved to become a critical marketing component of nearly every major brand and merchant.

**67%** **AGREE THAT THEY SHOP MORE FREQUENTLY AND SPEND MORE AT RETAILERS WITH LOYALTY PROGRAMS.**

http://www.nielsen.com/content/dam/nielsenglobal/de/docs/Nielsen%20Global%20Retail%20Loyalty-Sentiment%20Report%20FINAL.pdf

Examples include airline mileage points like United MileagePlus, credit card rewards like American Express Membership Rewards and merchant programs like Starbucks Rewards. Loyalty programs are widely considered to be one of the most effective tools merchants can use to retain and re-engage existing consumers as well as a way to increase new sales.

A recent industry audit identified 3.8 billion individual loyalty memberships in the United States alone, indicating that the average person in the U.S. belongs to over ten distinct loyalty programs.[3] Market studies estimate that U.S. businesses grant customers more than USD 50.0 billion in reward points annually.

**NUMBER OF INDIVIDUAL LOYALTY PROGRAM MEMBERSHIPS IN THE U.S.**

Data Source: Colloquy Loyalty Census Report

[3] Colloquy, "2017 Colloquy Loyalty Census Report." Colloquy. https://www.colloquy.com/ (accessed July 21, 2017).

WHAT CONSUMERS WANT

## PERCEPTION MATTERS MORE THAN MONEY: TOP FIVE PERCEIVED VALUES

1.

**THE APPEAL OF REWARDS** - having clarity on actions that will earn points and the ability to redeem points for goods and services of value.

2.

**THE EASE WITH WHICH REWARDS CAN BE REDEEMED** - being able to redeem points for rewards in a user friendly manner and with few to no blackout periods or other exceptions.

3.

**THE AMOUNT ACCUMULATED PER $1 SPENT** - receiving high value rewards.

4.

**ABILITY TO REACH REWARDS IN A TIMELY MANNER** - accumulating earned points to a reward quickly and without unexpected exceptions.

5.

**NUMBER OF WAYS BENEFITS CAN BE EARNED** - earning points across a breadth of brands, goods and services.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 7 of 28

## RETAILER COSTS

Developing and monitoring a program, while maintaining and building a coalition, including audits by partners, can add up to a significant portion of a company's operating budget. Doing so allows less to go back into the company to improve the product or to pass cost savings to consumers through lower prices or more high value loyalty rewards.

Customer acquisition costs are a major component of all companies. It can cost up to 500% more to acquire a new customer than keep a current one. Lowering customer churn by 5% can increase profitability by 25% - 125%.

A majority of brands plan to increase their efforts to engage consumers through loyalty programs. The larger companies have more dollars to spend implementing and refining their programs while many smaller businesses struggle to engage with consumers due to limited resources needed to set up and manage an affinity program.

It is beyond the capabilities of many small businesses to create a compelling digital user interface with technical aspects of tracking and auditing points and rewards necessary for the business to maintain and monitor a loyalty program. Consumers expect that a loyalty program meets a high standard of user friendliness -- from registration, to ease of receiving and using points, to content of rewards -- that is simply inaccessible to many businesses outside of the ranks of the largest competitors.

## EMERGING LOYALTY PROGRAM MODELS

Loyalty programs that veer from the traditional model have developed to take advantage of consumer preferences not met by the traditional programs. These categories include online-only programs, daily deals, point aggregators, credit card-linked offers, coalition loyalty, and branded cash.

The emerging categories are brand's attempts to innovate within a closed loop system. Customers want flexibility on how they use their points. There is a market opening for an "open loop" loyalty system. A public blockchain-based loyalty token that enables the decentralized creation of a coalition is an appropriate technology to meet this market need.

THE BOTTOM LINE:

Customers want flexibility, ease of use, predictability, recognition, and value for their rewards programs.

Copyright © [illegible] All Rights Reserved

# **Background:** Domain Industry and Digital Products

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 8 of 28

### INTERNET DOMAIN INDUSTRY

Internet domains and their related services, such as hosting, email storage, and SSL certificates, are a fertile ground for innovation in loyalty programs. It is appropriate and perhaps symbolic that we have chosen to focus on the domain name industry as our first vertical market in which to develop a DLNS. The networks that create the domain ecosystem were not always cross-functional. Domains and their associated products function interoperably due to a structure invented in the 70's by Vinton G Cerf and Bob Kahn, whereby the network protocols were hidden but allowed the different networks to operate together as one.[4] Thus, the domain industry was born and continues to expand.

The domain industry is part free market and part government regulation. This hybrid model has created a system that functions technically but often the business and commercial aspects have become siloed and arcane. Most of the business structures that affect consumers are based on legacy policy issues that no longer apply. An artificial structure was imposed to protect the customer, which prevented the manufacturer (Registry) from dealing with the end customer (Registrant) and forced the sale to go through an intermediary or retailer (Registrar).

This artificial structure permeates through all aspects of the sales process today. As a result the market is extremely fragmented and therefore inefficient and full of friction. There are few if any loyalty programs within the domain industry aimed specifically at the customer. For example, GoDaddy, the largest of the online registrars has a "rebate dollar" system aimed at resellers and professionals but not the basic consumer.

Domain registrars typically have not had to offer extensive loyalty programs because of the traditional difficulty of transferring a domain name to a competing registrar. Essentially, once a customer registered a domain name, there was a high likelihood that the customer would not switch to a competitive merchant. More recently with the introduction of a wide range of new domain name options and an increasingly competitive market, a renewal no longer means that a consumer will stay with the original point of sale provider.

The industry is in need of a loyalty program to both expand existing customer sales and to create new ones for business to consumers. Business to business can also benefit by operating within a loyalty network. Loyalty tokens can be awarded and accepted by different providers for immediate marketing programs without complex back-end technical or sales and marketing programs.

Since this market is fragmented and in need of growth, a loyalty program is ripe for development.

[4] http://www.computerhistory.org/internethistory/1970s/

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 9 of 28

## MARKET SIZE

According to data provided by Verisign, in the first quarter of 2017, approximately 330.6 million domain name registrations existed across all top-level domains (TLDs).[5] This is an increase of roughly 1.3 million domain name registrations (0.4%) when compared to the fourth quarter of 2016, and 11.8 Million (3.7%) from year to year.

Approximately one third ($128.4M) of these are .com domains, but the dominance of .com is on a significant decline. According to the Telegraph, .com "will no longer be the dominant web address ending" by the year 2020.[6] Canonical gTLDs, including .com but also .cn, .net, and .org, appear to be losing steam to a collection of new gTLDs, which accounted for 7.7 percent of all domain name registrations -- a total of 25.4 million domain name registrations as of March 31, 2017.[7] The new gTLD space represents a 145.4% year over year growth rate versus the slowed growth pace of .com at 2.2% per year.[8]

The growth of new gTLDs and their associated services (such as cloud hosting, enterprise email, SSL certificates and interconnected software products) creates opportunities to incorporate loyalty programs beneficial to merchants and consumers. This new landscape has created a new host of competitors vying for customer loyalty. Customers need repeat services such as hosting and web apps. Many of these services are not directly integrated in the original sales path and therefore could benefit by a cross-vendor loyalty network for both B2C and B2B. New customer acquisition is a critical marketing cost, as is retention. Loyalty, and more specifically a loyalty network, could help improve the entire customer experience at all stages in the digital goods purchase path.

### NEW GTLD DOMAINS

### REGISTAR MARKET SHARE

[5] Verisign, "The Verisign Domain Name Industry Brief," Verisign, https://www.verisign.com/en_US/domain-names/dnib/index.xhtml (accessed July 22, 2017).
[6] Sophie Curtis "Dot-com 'to lose dominance' by 2020." The Telegraph, http://www.telegraph.co.uk/technology/internet/10914379/Dot-com-to-lose-dominance-by-2020.html
[7] Centralized Zone Data Service Q1 2017 and Zooknic, Q1 in Verisign. "The Verisign Domain Name Industry Brief."
[8] http://www.thedna.org/domain-name-stats/

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 10 of 28

## GLOBAL GOODS AND SERVICES

The global market for web-hosting services is projected to reach USD 143.8 billion by 2020. Web hosting services are often categorized into three main types; Software as a Service (SaaS), Platform as a Service (PaaS) and, Infrastructure as a Service (IaaS). Specific services offered in conjunction with domain names is constantly growing.

The graph below illustrates the number of companies selling web services by the top 20 product types.

source: Netcraft.com

# BLOCKCHAIN

Topcoin tokens function as a Distributed Loyalty Network System (DLNS). Rewards tokens are well suited to be applied to a blockchain to enable interoperability across a multi-party network, increasing security & transparency, while lowering transaction costs. By distributing the network, vendors can be assured of safety and fairness while adopting an open structured system.

A public blockchain-based loyalty ecosystem can alleviate many issues endemic to traditional loyalty programs. It allows companies with limited operating budgets to overcome financial and manpower hurdles to providing loyalty rewards. This facilitation has the potential to improve the user experience for both consumers and merchants and inspire loyalty throughout the ecosystem.

A public blockchain provides an environment in which consumers enjoy transparency and security, merchants have far lower costs, and all sides benefit from network effects of increasingly larger participants. Many merchants that traditionally found the costs of establishing a reward program to be prohibitive will not only be able to participate in a loyalty ecosystem, based on the blockchain, but do so in a model meeting consumer expectations around ease of use and access to high value rewards across brands, goods, and services.

DNLS also eliminates an advantage that traditional loyalty programs such as United MileagePlus or American Express Membership Rewards have - that large corporations stand behind them. With DLNS, any concern that smaller merchants will not honor rewards or have enough touch points with consumers is eliminated due to the decentralized nature of the system. The blockchain allows the "little guys" to overcome any competitive hurdles through aggregation of participants in an environment with built-in mechanisms for conducting trusted transactions. A loyalty token that establishes credibility in a blockchain-based ecosystem is a key component not only to connecting participants but to inspiring confidence in the durability and value of the loyalty system.

# Benefits of Loyalty on the Blockchain

## LOWER COSTS

The blockchain allows for loyalty coalitions to form without the immense costs associated with an individual merchant having to internally manage and maintain a loyalty program or participate in a coalition. Developing and monitoring a program, while maintaining and building a coalition (many of which include audits by partners), can add up to a significant portion of a company's marketing budget. This use of funds leaves less for reinvestment into the company to improve the product or to pass cost savings to consumers through lower prices or more high value loyalty rewards. A blockchain-based loyalty ecosystem lowers costs by providing the infrastructure for a rewards program outside of the individual merchant. All the merchant has to do to participate is to maintain a wallet for receipt and delivery of tokens and code smart contracts that accept or distribute tokens when certain conditions are met. The costs of participation in a blockchain-based program are far lower than those of creating and maintaining a traditional program, or even participating in a traditional coalition. This is particularly true in the domain industry and for other digital goods and service providers that are accustomed to operating in a virtual environment and most likely have engineers on staff that can implement the technology needed for participation in the loyalty ecosystem.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 12 of 28

## USER-FRIENDLY TECHNOLOGY

The first generation of Topcoin.com showed that ease of use of technology is a key to user adoption. Original token holders set up their accounts in one of two ways, either directly on Topcoin.com or at Uniregistry. The Topcoin account is an online account without special downloading or complex wallet requirements. The Uniregistry customer experience is a seamless process in their cart. Both UI/UX experiences were free of the typical friction associated with crypto wallets, which are usually hard to implement for sellers and buyers. User adoption naturally grew to over 15,000 individual holders of Topcoin through organic growth. This simplified wallet approach will be key to scaling Topcoin across the domain industry.

## EASE OF FORMING A COALITION

Because traditional loyalty programs are centralized, forming loyalty coalitions comes at substantial costs. Coalitions are always at risk of change through partner's compliance, participation and varying degrees of inflation. Topcoin's DLNS eliminates the friction of developing an ever-larger network of participating merchants, and any inflationary risk is reduced because new merchants can step in to accept and award Topcoin Tokens as they see fit.

Copyright © 2018 Topcoin Limited. All Rights Reserved

### CONSUMER CONTROL OVER DATA

Topcoin's loyalty program will allow customers more control of how they decide to use their rewards. The customer data is not centrally located in any one vendor's system which makes it less vulnerable to breach. This has an added benefit for the vendor as well, as they are no longer responsible for the protection of customer data.

### TRANSPARENCY

Smart contract functionality plays a significant role in the ability of a blockchain to operate as promised. Smart contract functionality allows the creation of decentralized applications or dApps. Once uploaded to the blockchain, a dApp is stored immutably and runs when the required conditions are met. While individual vendors set the terms of their own rewards, the customer can rest assured that the Topcoin token as a whole will function as promised throughout the network. Topcoin holders can access the public ledger to view transactions with their token addresses and dApps by merchants who accept the token. If Topcoin holders prefer to transfer their tokens from their online account to the blockchain for longer term storage, they are free to do so.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 13 of 28

### AUTOMATION

Out of the blockchain protocols that currently exist, we selected Ethereum for several key reasons. Ethereum's smart contract functionality and popularity have become the standard in creating tokens. Ethereum-supported smart contracts can specify the terms of transactions executed with an ecosystem. For example, a merchant could program smart contracts that only enable a certain number of tokens to be sent to a consumer following the occurrence of a particular event. Smart contract functionality would allow a registrar automatically to allocate tokens in the event that a domain or related good is purchased.

# PRODUCT: THE TOPCOIN SOLUTION

The [illegible] envi[illegible] to the [illegible]

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 14 of 28

DOMAIN ECOSYSTEM
CORE PARTICIPANTS
+
ADDITIONAL SERVICES
REGISTRY
REGISTRAR
REGISTRANT
+ ONLINE MARKETING
+ HOSTING
+ EMAIL + BIZ SERVICES
+ SECURITY / SSL

**PRODUCT DESCRIPTION:** The TPC token ecosystem

## Meeting cons[illegible] inspiring [illegible]

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 15 of 28

### CONSUMER PERSPECTIVE (REGISTRANT)

**User friendly technology:** our focus is to create a simple user centric account / wallet where the user can accumulate and spend their Topcoin rewards across the domain ecosystem. Customers will have access to a breadth of brands, goods, and services for earning and redeeming points.

Topcoin can be used across different partnered companies, and for a wider array of domain and domain-related services (e.g. web hosting, email, storage, SSL certificates etc). Wallet holders will find greater flexibility and choice associated with Topcoin.

**Speed of accumulation of points:** Customers earn Topcoin with each purchase. A registrar rewards a customer up to 50% of the value of an initial domain purchase in the form of Topcoin. This is deposited directly into the customer's Topcoin account / wallet.

**Ease of redemption of points:** it is straightforward for a customer to use their points. At the next point of sale they can automatically apply Topcoin toward their next domain or web-service purchase.

**Ease of point management:** Since the tokens are transacted through Topcoin and not a closed loop system, a customer's Topcoin balance is reflected across the domain ecosystem.

### BENEFITS TO WHOLESALER (REGISTRY) & RETAILER (REGISTRAR)

Topcoin is completely free for registries and registrar to adopt. This is of particular benefit to companies who currently depend on third-party sources to host their loyalty programs. With Topcoin, there are no fees or commissions.

### SOME KEY BENEFITS TO COMPANIES USING TOPCOIN:

1. Facilitates loyalty coalitions
2. Reduces costs of new customer acquisition
3. Allows small businesses to form coalitions and compete with the entrenched larger players
4. Retailers don't have to maintain customer records and coordinate with coalition partners, allow partner audits, etc.

# **Company:** Development, Promotion and Oversight

Operations of the Topcoin Ltd. (the Company) will include product and ecosystem development, promotion and oversight. The Compnay is a Cayman Islands exempted company incorporated under the Companies Law and will hold the code and the Token inventory reserved by the Company.

Initial promotion efforts have been focused, and will continue to be focused post Token Distribution Event, in the domain name and digital goods space. The Topcoin team is comprised of many of the top leaders in the domain name industry, with management expertise founding and running the top companies in the industry. This experience informs the team's ability to build out an ecosystem attractive to both merchants and consumers in the space. The Company plans to expand to other digital goods and services once critical mass is reached in the domain industry.

Our team will focus on the development of partnerships, functionality, and verticals, as well as market the ecosystem to consumers.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 16 of 28

## ROADMAP

**Q4 2017**

- Relaunch on Ethereum platform
- Announced future merchant partners

**Q1 2018**

- Merchant partner API libraries
- Initial launch of side-chain prototype
- Hiring of additional business development, marketing, software, and product personnel

**Q2 2018**

- Unlock for use
- Perform 3-5 merchant integrations
- Integrate with mobile wallet apps

**Q3 2018**

- Perform 5-10 additional merchant integrations
- Integration into web hosting, web site creator, and SSL platforms
- Version 2.0 wallet system
- Integration into digital gaming or other vertical

Copyright © Topcoin Limited. All Rights Reserved

Case: 1:18-cv-02660 Document #: 1-1 Filed: 04/12/18 Page 48 of 107 PageID #:54

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 17 of 28

## PRODUCT DEVELOPMENT AND PROMOTION

### PARTNERSHIPS AND CONTRACTS

Topcoin has established and is expanding partnerships with domain registries, registrars, resellers and other web service providers to participate in the Topcoin digital loyalty ecosystem. To date we have successfully agreed to numerous partnerships and we will be announcing ongoing updates at: https://partners.topcoin.network.

The Uniregistry partnership, in particular, serves as an example of how a registrar can integrate the token process by allowing customers to access their Topcoins directly from the registrar's website. As of September 2017, Uniregistry has accepted approximately 15,000,000 Topcoins as partial payment for domain names. Uniregistry redistributes Topcoins to customers as loyalty points for purchases. Topcoin intends to expand its partner network, using the Uniregistry partnership as a model. The Company will work with partners to integrate the Topcoin wallet into partner sites and build smart contracts for the acceptance and redemption of Topcoins.

As discussed in the "allocation" section, we will use up to one billion tokens for program and partnership expansion, helping to build the market for the Topcoin loyalty ecosystem. We plan to distribute Topcoins to partners for use as loyalty points to customers when eligible products or services are purchased. Each partner would then determine what rewards they will offer for redeeming Topcoins. An example of the flow of tokens is shown in **Figure 1**.

**Figure 1.** A depiction of how Topcoin tokens flow from the supply reserves to the partners and onto customers, and vice versa.

Copyright © 2017 Topcoin Limited. All Rights Reserved

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 18 of 28

## OVERSIGHT: SECURITY, GOVERNANCE, TRUST

Topcoin will operate the Topcoin Policy Board (TPB) to oversee the fair and productive growth of the Topcoin ecosystem. The TPB will administer the Topcoin supply through partners and oversee development initiatives. It will also provide support and tools for digital services to operate more easily within the ecosystem. The TPB will be the ecosystem's champion and will promote Topcoin.

The TPB will facilitate the ecosystem's transition to a decentralized and autonomous network. The promise of a decentralized strategy is a transition from a competitive model to a cooperative one, where all participants benefit from their collective success.

As part of this transition, Topcoin will incrementally transition to open source for the majority of its currently proprietary code-base. Eventually, governance will become open to other ecosystem partners. The TPB will support them in on-boarding Topcoin and developing or augmenting digital services with integrated transaction economies. It will also oversee development of important fundamental components shared across the entire ecosystem, such as identity and reputation management, token wallets, and compliance solutions.

## SECURITY POLICY

### WALLET SECURITY

We intend to adhere to industry best practices regarding wallet security for Topcoin wallets to protect the integrity of the tokens. This involves several precautions. The first is maintaining a direct relationship with wallet holders by providing a customer support service to address concerns regarding lost tokens or wallet access information, e.g. user names and passwords. We will also provide two factor authentication and multi-sig wallet functionality.

### OPEN BLOCKCHAIN

Topcoin will maintain an open blockchain. That is, we will provide individuals with the ability to view transactions to and from their Topcoin wallets as they appear on the blockchain. By being able to trace the origin and destination of each token received or sent from an individual's Topcoin wallet, incidences of theft can be more effectively determined and addressed.

Token balances owned by partners and the Company will be held under multi-sig wallets in order to mitigate the theft of funds dedicated to the operations and expansion of our the ecosystem.

# **Token Distribution Event:** TDE

We reserve the right, in our sole discretion, to modify any of the procedures described herein to account for network congestion or other technical challenges.

## THE TDE

Topcoin will sell up to 50,000,000 (Fifty Million) Tokens. We will begin our TDE with Merchant on-boarding in December of 2017 and run the phases listed below through Q1 2018.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 19 of 28

### PHASE 1: **MERCHANT ON-BOARDING**

We will begin our early on-boarding event that will start six weeks prior to the general token sale (phase 3). Early bird access will be offered to Merchants in the domain industry. The merchant on-boarding will be limited to the sale of 10,000,000 tokens.

### PHASE 2: **CURRENT TOKEN HOLDER CONVERSION ROUND**

The Phase 2 Token Distribution Event will begin at the close of Phase 1 and continue the earlier of the sale of 20,000,000 tokens or three weeks. Existing Topcoin holders can convert their existing Topcoin at a 2:1 ratio of new Tokens to old Tokens. Users will also be able to buy additional tokens after they convert for USD 0.10 per Token with a limit of 1,000,000 Tokens per user.

### PHASE 3: **TDE GENERAL AVAILABILITY**

The Phase 3 Token Distribution Event will begin at the close of Phase 2. We will sell up to 20,000,000 Tokens in phase 3 to members of the Topcoin ecosystem who did not register during the prior phase. The Tokens in the GA round will sell at USD 0.10 per token until sold out.

The Ethereum-based Topcoin will be created via a standard ERC223 contract. This smart contract has been audited by independent IT security specialists and the code will be posted in advance of the TDE. The full code of the contract and will be released under a free software license which will be available on our github repository.

Topcoin has retained King & Spalding LLP to advise the Company on certain legal matters. To get the latest updates and further legal information, please visit our dedicated page at https://sale.topcoin.network. If you purchase Tokens in our TDE you must agree to be bound by our Terms and Conditions of our sale.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 20 of 28

## TDE PHASES

**PHASE 1: MERCHANT ON-BOARDING**

10,000,000 Tokens priced at $.10 each.
Minimum purchase 10,000 tokens.

**PHASE 2: TRC CONVERSION & PURCHASE**

20,000,000 Tokens priced at $.10 each.
Minimum purchase 1,000 tokens.
Existing Tokens convert 2:1 new to old tokens.

**PHASE [illegible]: TDE - GENERAL SALE**

20,000,000 Tokens.
Minimum purchase 1,000 tokens.
Tokens priced at $.10 each.

## PRICING AND PAYMENT

The purchase price for tokens sold in the Token Distribution Event will begin at USD $0.10 per token and adjust in phases. Tokens must be purchased in Bitcoin or Ether, but not a combination of both. Purchasers will login into the TDE portal and choose a payment currency and purchase amount, at which time the TDE portal will display the exchange rate that will be applied to that specific purchase. The exchange rate will be the exchange rate between USD and your selected payment currency (Bitcoin or Ether) as sourced by the Company from cryptocompare.com within approximately one (1) hour prior to the time of the purchase request. The purchase amount must be received by Topcoin within six hours of the time of receipt of the payment instructions, or Topcoin will have the right to void the purchase request.

## DELIVERY OF TOKENS

Tokens will only be delivered to token receipt addresses associated with a Topcoin wallet or an Ethereum wallet that supports the ERC-223 token standard. We reserve the right to prescribe additional guidance regarding specific wallet requirements.

The Company will deliver the quantity of tokens purchased by the later of (i) three weeks after the TDE end date (with the company reserving the right to extend the token delivery deadline if necessary to address any unanticipated technical difficulties). Receipt of tokens is conditioned, among other things, on KYC and AML verifications.

Copyright © 2017 [illegible] All Rights Reserved

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 21 of 28

### MIGRATION OF FIRST-GENERATION TOPCOINS AND TOPCOIN WALLETS TO ETHEREUM

First-generation Topcoins will be migrated from Counterparty to the Ethereum platform via a web portal. Existing Topcoin Counterparty tokens will convert on a 2:1 ratio of new Ethereum-based Tokens to old Topcoin.

Holders of original Topcoins, once registered will be able to connect their old topcoin account to their new profile. Their balance of old tokens will transfer once the accounts are connected. At the conversion stage their balance will double indicating the 2:1 conversion is complete. The new token will be held in an Ethereum address and the original Counterparty Tokens will be burned.

If a holder has an existing Topcoin account they will be allowed to convert to the new Topcoin Token during the TDE and for a period afterwards. To minimize risk, the Company will migrate its token holdings via a separate mechanism. Rather than being issued via the smart contract, the tokens will be verifiably burned and the total converted will be written directly into the Ethereum blockchain.

### KYC AND ANTI-MONEY LAUNDERING:

Topcoin intends to use a leading third party provider(s) to provide KYC and AML services for participants from within the United States. Foreign participants will be verified through an additional AML service during our audit period at the close of the TDE and prior to the Token Distribution.

### ALLOCATION OF TOPCOIN AND SIZE OF TDE

A total supply of three billion Topcoin tokens (TPC) will be created for the Ethereum-based version of the token. The Topcoin token will be ERC223 compliant and the total number will be fixed at three billion.

### TDE TOKENS

50,000,000 tokens are for sale in the TDE. Any of these tokens not sold in the TDE will become part of the reserve discussed below and may be sold in a future distribution event.

### ECOSYSTEM INCENTIVE TOKENS

One third (or one billion) tokens will be used to incentivize use of the Topcoin ecosystem. For instance, through distribution to participating partners for use in the loyalty ecosystem or in nominal amounts to users to encourage user adoption and interaction with the token. The Topcoin available for incentivization purposes will be used strategically to help ecosystem partners acquire users and bring partners to the ecosystem.

Copyright © 2017 Topcoin Limited. All Rights Reserved.

### RESERVE TOKENS - COMPANY

The remainder of the token supply (or 700 million) tokens will be held in reserve by the Company. The reserve tokens will be locked and released according to a preset schedule set with smart contracts. The tokens will be locked for one year and thereafter unlocked and distributed to Topcoin at the rate of ten percent per quarter over the following ten quarters.

The reserve tokens will be used strategically to grow the Topcoin ecosystem and fund the operations. The reserve allocation will be used for administration of the Topcoin token supply, operational, legal and development costs.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 22 of 28

### TOPCOIN TOKEN DISTRIBUTION

PARTNER ECOSYSTEM
33.3%
TDE
33.3%
RESERVE
33.3%

**Figure 2.** The projected distribution of TPC supply.

Copyright © 2017 Topcoin Limited. All Rights Reserved

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 23 of 28

## USE OF NET REVENUE

We will use the net revenue to the Company from the sale of Topcoin tokens in the TDE to expand operations and improve and develop the Topcoin ecosystem.

The revenue we receive from the TDE will be used to compensate engineers, staff and contractors, to cover operating costs and marketing expenses and to address other administrative and unforeseen costs.

**Figure 3** is an estimated, illustrative allocation of our budget items, which we reserve the right to modify in our sole and absolute discretion.

## EXPENSE OVERVIEW

OTHER
1.0%
OPERATING
EXPENSES
5.0%
MARKETING
& BIZ DEV
9.9%
REGULATION
& TAX
39.6%

**Figure 3.** The allocation of net revenue from the TDE to expenses for the development of Topcoin and its ecosystem.

Copyright © 2017 Topcoin Limited. All Rights Reserved

## TECHNICAL DEVELOPMENT AND STAFF

We intend to hire an additional team of engineers to develop tools for the ecosystem and make necessary adjustments to the development of related technology. More specifically, our engineering team currently intends to focus on the following:

- facilitate the formation of loyalty coalitions and function across networks
- build Topcoin wallet functionality
- integrate the Topcoin wallet with partner websites
- encourage migration of all user transactions to the Topcoin wallet
- encourage fully distributed transfer and verification process
- add alternate functionality based on partner feedback, and facilitate development of decentralized audit trail based on such metrics
- encourage and coordinate with partners in building new applications (dapps) for the platform
- explore and build other value-added services and functionalities for the ecosystem.

## BUSINESS DEVELOPMENT AND MARKETING

This budget item will be used for business development efforts to bring partners into the network and marketing to expand awareness and adoption of the Topcoin platform, including the Topcoin wallet among users and merchants. It will also be used for broader development, growth and maintenance of the Topcoin community.

Colloquy ©2017 Colloquy Loyalty Census Report

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 24 of 28

Copyright © 2017 Topcoin Limited. All Rights Reserved

# THE TEAM

**OPERATIONS TEAM**

Our day-to-day operations team consists of individuals with extensive backgrounds in a wide array of areas essential to Topcoin's further development. Members of the Topcoin team include:

**GEORGE MINARDOS**
CEO

**JOSH METNICK**
Chief Technology Officer

**ALVEN DIAZ**
Engineering & UI/UX

**STEVE PETERSON**
Business Development

**THOMAS BRACKEY**
Token Legal Dude

**RYAN CHIU**
Engineering & UI/UX

**VUJADIN MILINOVICH**
Accounting

**JOONMO LEE**
Business Development

# THE TEAM

## FOUNDERS AND ADVISORY TEAM

Topcoin's founders, Michael Blend and Josh Jones have dedicated decades of their lives to Internet industries. Michael is the co-founder and president of System1, formerly known as OpenMail, and has started and led multiple companies throughout his career that have achieved over $1B+ valuations. Previously Michael was President / COO of Demand Media (NYSE: DMD), where he helped take the company public and oversaw eNome, the second largest domain name registrar in the world. Josh is a leading open source software and alternative currency technologist. In addition to Topcoin, Josh is the founder of Bitcoin Builder, which offers a full-stack solution to alternative currency transactions. Previously, Josh was a board member of Inktank until its acquisition by RedHat. Prior to that, he was Co-Founder and Interim CEO of DreamHost, one of the leading web hosting companies on the planet.

**MATTHEW ROSZAK**
Chairman, Bloq

**FRANK SCHILLING**
CEO, Uniregistry

**JOSH JONES**
Founder, Topcoin.com

**MICHAEL BLEND**
Founder, Topcoin.com

**TARYN NAIDU**
Past CEO of Rightside

**EYTAN ELBAZ**
Founder, Render Media

## PARTNERSHIPS

Topcoin's has partnered with industry leaders within the Internet Domain Industry. Please see https://topcoin.network/partners for an updated list.

Registrars
- Uniregistry
- Porkbun

Web Services
- ChunkHost
- Fortifi
- My PT Hub
- Protected
- Total AV

Registries
- .Auto
- .Audio
- .Blackfriday
- .Build
- .Buzz
- .Car
- .Cars
- .Club
- .Christmas
- .Click

Registries
- .Design
- .Diet
- .Flowers
- .Game
- .Gift
- .Guitars
- .Help
- .HipHop
- .hiv
- .Hosting

Registries
- .Juegos
- .Link
- .Lol
- .Mom
- .Photo
- .Pics
- .Guitars
- .Property
- .Sexy
- .Tattoo

# CONCLUSION

"It could get started in a narrow niche like reward points, donation tokens, currency for a game or micropayments for adult sites."

*Satoshi Nakamoto January 16th 2009*

Blockchain and loyalty as a distributed platform (BaaP) will emerge as the dominant solution for loyalty programs across all industries. Recently American Express joined Hyperledger to create loyalty points on a blockchain.[9] We feel this is an affirmation of the Topcoin loyalty network. In fact it confirms our plans that loyalty and blockchain are well suited technologies. However a single company cannot achieve the full power of the network. The true value of Blockchain is that it allows interoperability across networks.

Past loyalty programs attempted to create a network effect by creating coalitions. Topcoin's vision has been one of a neutral network from the beginning, allowing any company to create a trusted loyalty program that can operate with others.

A loyalty program is a perfect fit for a distributed ledger. Once combined with smart contracts the future options are limitless. Topcoin will first create a loyalty network for the Domain Industry and then add value operations through Smart Contracts. Such solutions may include domain escrow services, cross vendor services and customer value adding programs.

Once we develop and learn from the domain vertical we plan to expand to other vertical markets both virtual and brick and mortar. We appreciate your early support and look forward to building a new type loyalty community in this next great expansion of the Internet.

Sincerely,
George Minardos
CEO, Topcoin

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 27 of 28

# REFERENCES AND PRESS

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 28 of 28

## TOPCOIN REFERENCE AND PRESS:

https://domainnamewire.com/2017/09/11/topcoin-plans-ico-goal-loyaltyprogram-digitalgoods/
https://theethereum.wiki/w/index.php/ERC20_Token_Standard
https://github.com/ethereum/EIPs/issues/223
https://topcoin.com
https://uniregistry.com/domains
http://www.cbc.ca/news/business/air-canada-aeroplan-1.4109868
http://www.cbc.ca/news/business/air-miles-rewards-programs-1.3712132
http://www.cbc.ca/news/business/air-miles-rewards-programs-1.3712132
http://www.kapitalust.com/starbucks-rewards-gets-diluted/
http://time.com/money/4246203/starbucks-new-loyalty-program-hate/
Colloquy. "2017 Colloquy Loyalty Census Report." Colloquy, https://www.colloquy.com/ (accessed July 21, 2017).
http://www.computerhistory.org/internethistory/19
Verisign. "The Verisign Domain Name Industry Brief." Verisign,
https://www.verisign.com/en_US/domain-names/dnib/index.xhtml (accessed July 22, 2017).
Sophie Curtis, "Dot-com 'to lose dominance' by 2020," The Telegraph, http://www.telegraph.
co.uk/technology/internet/10914379/Dot-com-to-lose-dominance-by-2020.html
Centralized Zone Data Service, Q1 2017 and Zooknic, Q1 in Verisign, "The Verisign Domain Name Industry Brief."
http://www.thedna.org/domain-name-stats/

## TOPCOIN TDE SALE AND SPECIFICATIONS LINKS:

**TDE Whitepaper** - https://topcoin.network/Whitepaper.pdf
**TDE Specifications** - https://topcoin.network/TDEspecs
**Terms of Use Link-** https://topcoin.network/termsofuse
**FAQ** - https://topcoin.network/faq/**Github Repository** - http://Topcoin.build
**Privacy-** https://topcoin.network/Privacy

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
CALENDAR: Y
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**From:** Josh Metnick
**To:** Alexander Passo
**Subject:** Fwd: Fwd: request
**Date:** Wednesday, January 24, 2018 1:10:32 PM

[redacted]

[redacted]

---------- Forwarded message ----------
From: **Michael Blend** <michael@blend.co>
Date: Fri, Jun 23, 2017 at 4:06 PM
Subject: Re: Fwd: request
To: Josh Metnick <josh@navier.io>

Perfect. Thanks!

On Jun 23, 2017 4:10 AM, "Josh Metnick" <josh@navier.io> wrote:
Michael,

I think? this is the equity email you referenced but not 100% lmk thx! I heard from Matt as well, will fwd you his email.

-Josh

---------- Forwarded message ----------
From: **Michael Blend** <michael@blend.co>
Date: Wed, Jun 7, 2017 at 11:55 PM
Subject: Re: request
To: Josh Metnick <josh@navier.io>

Josh, sorry it took a while to get back to you. Josh J and I wanted to take some time to think things through. Here is what we wanted to propose:

1. You take the leadership role in TPC development. Josh will support technically, and I will support on the biz dev side

2. You become an equal stakeholder along with me and Josh. Your stake would vest quarterly over 2 years.

3. In the short term, we would decide whether we wanted to move off Counterparty, get more acceptance of TPC, bring on developers as needed, begin trading on exchanges, etc. Basically do everything needed to build on the base we already have.

We would be very enthusiastic about working with you. What do you think?

EXHIBIT B

Regards,
Michael

On Sat, Jun 3, 2017 at 11:23 AM, Josh Metnick <josh@navier.io> wrote:

I know a very talented true full stack Ethereum dev who is in Chicago but wants to move back to Cali, where he is from. If I fly out, let me know if it's cool to bring him with.

He would be highly proficient within the first minutes of coding, he's already spent two years on the Eth learning curve, and was a polyglot developer prior .. Swift, Go, Node.js, C, whatever language doesn't matter.

He's a free agent right now -- (and not the Princeton developer, Terrence, I mentioned before -- Terrence was intern only and took a summer internship at Venmo in NYC., but still may be interested at some future point as things progress).

Josh

--

**Josh Metnick**
**CEO :: Navier, Inc.**
http://navier.io
+1 312 834 5770

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 2 of 2

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
CALENDAR: Y
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

| | | | |
|---|---|---|---|
| Aug 30, 2017 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLC SMITHFIELD RI 02917 ORG:/6719942431 MICHAEL LOUIS BLEND TTEE OGB: NATIONAL FINANCIAL SERVICES LLC WTC TRN: 3527700242HL | Incoming wire transfer | $34,747.01 |

EXHIBIT C

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 2 of 2

| | | | |
|---|---|---|---|
| Oct 13, 2017 | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLC SMITHFIELD RI 02917 ORG:/6563219531 MICHAEL LOUIS BLEND TTEE OGB: NATIONAL FINANCIAL SERVICES LLC WTC TRN: 0741200286HJ | Incoming wire transfer | $31,758[illegible] |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
CALENDAR: Y
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**From:** Josh Metnick
**To:** Alexander Passo
**Subject:** Fwd: Invoices updated
**Date:** Wednesday, January 24, 2018 1:18:53 PM

---------- Forwarded message ----------
From: **Michael Blend** <michael@blend.co>
Date: Mon, Aug 21, 2017 at 8:34 PM
Subject: Re: Invoices updated
To: Josh Metnick <josh@navier.io>
Cc: George Minardos <george@bmail.build>, Josh Jones <joshster@gmail.com>, Thomas Brackey <tom@bluewater.law>

I can handle these. Can you pls send payment info? Or are checks ok?

On Mon, Aug 21, 2017 at 11:08 AM, Josh Metnick <josh@navier.io> wrote:
Individual invoices have been submitted in each consultant file in the Topcoin Gdoc directory.

This is getting to be a significant amount past due, as well as frustrating on a number of levels.

Josh

| Person | Role | Dox? | Invoice date | Invoice period | Hours | Total Rate/hr | Rate:$/Hr | Rate: TPC/hr | Expenses | $ Amount Due | TPC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Josh Metnick | Manager | | 07/31/17 | 06/21/17-08/21/17 | - | - | - | - | $7,842.38 | $45,342.38 | 285,714,286 |
| Ryan Chiu | Dev + UI/UX + Whitepaper | Y | 07/28/17 | 06/26/17-08/20/17 | 317.00 | $125 | 50 | 75.00 | - | $15,850.00 | 951,000 |
| Roy Chiu | Dev + UI/UX | Y | 07/28/17 | 07/01/17-08/20/17 | 50.75 | $80 | $35 | 45.00 | - | $1,776.25 | 91,350 |
| Joonmo Lee | Whitepaper | Y | 07/29/17 | 07/01/17-07/31/17 | 6.00 | $60 | $0 | 60.00 | - | $0.00 | 14,400 |
| Steve Peterson | Strategy & Whitepaper | Y | 07/28/17 | 07/01/17-08/20/17 | 12.75 | $250 | $125 | 125.00 | - | $968.75 | 3,875 |
| Alven Diaz | Dev | - | | | | | | | - | $0.00 | |
| Ethan Bian | Dev | - | 08/09/2017 | 07/31/17-08/06/17 | 146.31 | $200 | $100 | 100.00 | - | $17,097.33 | 604,987 |
| Vujadin Milinovich | Post ICO budget | Y | 07/31/17 | 07/10/17-07/31/17 | 17.00 | $70 | $35 | 35.00 | - | $595.00 | 23,800 |

EXHIBIT D



ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
CALENDAR: Y
PAGE 1 of 43
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

Navier, Inc.
+1 312 834 5770
40 E. Chicago #165
Chicago, Illinois
60611
United States

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Michael Blend<br>Topcoin LLC<br>Santa Monica, CA | 09/18/2017 | 000003725 | $15,625.00 |
| | Due Date<br>09/18/2017 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (4 weeks) | $12,500.00 | 1 | $12,500.00 |
| ICO consulting monthly (1 week) | $3,125.00 | 1 | $3,125.00 |

| | |
|---|---|
| Subtotal | 15,625.00 |
| Tax | 0.00 |
| Total | 15,625.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $15,625.00 |

EXHIBIT E



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
10/08/2017

Due Date
10/08/2017

Invoice Number
000003728

Amount Due (USD)

**$5,325.00**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018L_001857
PAGE 2 of 43

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (1 weeks) | $3,125.00 | 1 | $3,125.00 |
| Erick Arias invoice #3 | $2,200.00 | 1 | $2,200.00 |

| | |
|---|---|
| Subtotal | 5,325.00 |
| Tax | 0.00 |
| Total | 5,325.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $5,325.00 |



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
07/24/2017

Due Date
07/24/2017

Invoice Number
000003721

Amount Due (USD)
**$12,500.00**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 3 of 430

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (4 weeks) | $12,500.00 | 1 | $12,500.00 |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Tax | 0.00 |
| Total | 12,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $12,500.00 |



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
08/07/2017

Due Date
08/07/2017

Invoice Number
000003722

Amount Due (USD)
**$6,250.00**

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 weeks) | $6,250.00 | 1 | $6,250.00 |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 6,250.00 |
| Tax | 0.00 |
| Total | 6,250.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $6,250.00 |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 4 of 430



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
08/21/2017

Due Date
08/21/2017

Invoice Number
000003723

Amount Due (USD)
**$6,250.00**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 5 of 430

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 weeks) | $6,250.00 | 1 | $6,250.00 |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 6,250.00 |
| Tax | 0.00 |
| Total | 6,250.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $6,250.00 |



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
09/25/2017

Due Date
09/25/2017

Invoice Number
000003726

Amount Due (USD)
$6,250.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| TGE consulting monthly (2 weeks) | $6,250.00 | 1 | $6,250.00 |

| | |
|---|---|
| Subtotal | 6,250.00 |
| Tax | 0.00 |
| Total | 6,250.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $6,250.00 |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 6 of 43



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
09/29/2017

Due Date
09/29/2017

Invoice Number
000003727

Amount Due (USD)
**$4,556.25**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE of 43

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Vujadin Milinovich invoice | $1,706.25 | 1 | $1,706.25 |
| Erick Arias invoice | $2,400.00 | 1 | $2,400.00 |
| Processing fee for invoices | $450.00 | 1 | $450.00 |
| | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 4,556.25 |
| Tax | 0.00 |
| Total | 4,556.25 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $4,556.25 |



navier

Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
10/29/2017

Due Date
10/29/2017

Invoice Number
000003735

Amount Due (USD)
**$18,750.00**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 8 of 43

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 wk) + 2X per Michael B | $12,500.00 | 1 | $12,500.00 |
| ICO consulting monthly (1 wk) + 2X per Michael B | $6,250.00 | 1 | $6,250.00 |

| | |
|---|---|
| Subtotal | 18,750.00 |
| Tax | 0.00 |
| Total | 18,750.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $18,750.00 |

Notes
Or payable in TPC per agreement: $18750.00 /.10 x 4 = 750,000.00 TPC



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
11/12/2017

Due Date
11/12/2017

Invoice Number
000003736

Amount Due (USD)
**$12,500.00**

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 wk) + 2X per Michael B | $12,500.00 | 1 | $12,500.00 |
| 12500 | $0.00 | 1 | $0.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Tax | 0.00 |
| Total | 12,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $12,500.00 |

Notes
Or payable in TPC per agreement 12,500/.10 x 4 = 500,000.00 TPC

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 9 of 143

 Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
11/26/2017

Due Date
11/26/2017

Invoice Number
000003737

Amount Due (USD)
# $12,500.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 wk) + 2X per Michael B | $12,500.00 | 1 | $12,500.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Tax | 0.00 |
| Total | 12,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $12,500.00 |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 10 of 43

Notes
Or at Consultant's request payable in TPC at 12,500 /.10 x 4 = 500,000.00 TPC



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 11 of 43

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
12/10/2017

Due Date
12/10/2017

Invoice Number
000003738

Amount Due (USD)
**$12,500.00**

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 wk) + 2X per Michael B | $12,500.00 | 1 | $12,500.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Tax | 0.00 |
| Total | 12,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $12,500.00 |

Notes
Or Payable in TPC at Consultant's request per agreement 12,500/.10 x 4 = 500,000.00 TPC



Navier, Inc.
+1 312 834 5770

40 E. Chicago #165
Chicago, Illinois
60611
United States

Billed To
Michael Blend
Topcoin LLC
Santa Monica, CA

Date of Issue
12/24/2017

Due Date
12/24/2017

Invoice Number
000003739

Amount Due (USD)
**$12,500.00**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 12 of 43

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ICO consulting monthly (2 wk) + 2X per Michael B | $12,500.00 | 1 | $12,500.00 |

| | |
|---|---|
| Subtotal | 12,500.00 |
| Tax | 0.00 |
| Total | 12,500.00 |
| Amount Paid | 0.00 |
| Amount Due (USD) | $12,500.00 |

Notes
Or Payable in TPC at Consultant's request per agreement 12,500/.10 x 4 = 500,000.00 TPC

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 13 of 43

**Closed** **ID:** 23126387

**Report Policy:** navier.io

# Josh expenses through 8/28/17

$1,904.63

To: **josh@navier.io**
From: **josh@navier.io**
Dates: **Aug 21, 2017 to Aug 25, 2017**

## Lodging - $810.17

| DATE | MERCHANT | TAG | COMMENT | TOTAL |
|---|---|---|---|---|
| Aug 24 | Huntley Hotel | ±2 Topcoin | | $404.11 |
| Aug 25 | Huntley Hotel | ±5 Topcoin | | $406.06 |
| | | | | **$810.17** |

## Other - $225.00

| DATE | MERCHANT | TAG | COMMENT | TOTAL |
|---|---|---|---|---|
| Aug 21 | Ethereum purchase for asset registration | ® Topcoin | 0x6bc282DbDAb77bA77FAC2907FeEc40c8cFA6649A | $225.00 |
| | | | | **$225.00** |

## Transportation - $869.46

| DATE | MERCHANT | TAG | COMMENT | TOTAL |
|---|---|---|---|---|
| Aug 22 | Doubletree Hotels | ±1 Topcoin | | $394.46 |
| Aug 25 | American Airlines | ±4 Topcoin | | $414.20 |
| Aug 25 | Taxi Cab | ±3 Topcoin | | $60.80 |
| | | | | **$869.46** |

Notes

± The information on this receipt was manually entered. Please verify for authenticity.
® Cash expense with no receipt

## Report History & Comments

Aug 28, 2017 11:46 AM PDT
You closed this report.

Aug 21, 2017 10:23 PM PDT
Concierge created this report

## Receipt Thumbnails



1

Date: Aug 22
Merchant: Doubletree Hotels
Total: $394.46
Category: Transportation
Tag: Topcoin

2

Date: Aug 24
Merchant: Huntley Hotel
Total: $404.11
Category: Lodging
Tag: Topcoin

3

Chicago, IL
[illegible] 01:21
DIST.... [illegible]
FARE...$ [illegible]
TECH...$ [illegible]
TIP....$ [illegible]
EXTRAS.$ 4.00
[illegible]
Sign Here:

Date: Aug 25
Merchant: Taxi Cab
Total: $60.80
Category: Transportation
Tag: Topcoin

4

Your trip receipt

Date: Aug 25
Merchant: American Airlines
Total: $414.20
Category: Transportation
Tag: Topcoin

5

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 14 of 43

Date: Aug 25
Merchant: Huntley Hotel
Total: $406.06
Category: Lodging
Tag: Topcoin

Attachments



H U N T L E Y

SANTA MONICA BEACH

Page No. 1 of 2
08-25-17

Mr Joshua Metnick
40 E Chicago Avenue
Chicago IL 60611
United States

| | |
|---|---|
| Arrival Date | 08-24-17 |
| Departure Date: | 08-25-17 |
| Confirmation No.: | 3253835 |
| Number of Adults: | 1 |

Company: Walk-in

Agent: JDLOUHY

Folio No. 404865 Room Number 1710 **INFORMATION INVOICE**

ELECTRONICALLY FILED
3/2/2018 11:44 AM
2018-L-001857
PAGE 15 of 43

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| 08-24-17 | Minibar | Room# 1710 : SG Choco Macadamia | 11.03 | |
| 08-24-17 | Room Service Charge | 0038482 | 42.93 | |
| 08-24-17 | Minibar | Room# 1710 : BBQ Snack Mix | 7.72 | |
| 08-24-17 | Minibar | Room# 1710 : Potato Chips | 5.51 | |
| 08-24-17 | Room Service Charge | 0038493 | 13.01 | |
| 08-24-17 | Minibar | Room# 1710 : SG Choco Milkshake | 9.92 | |
| 08-24-17 | Minibar | Room# 1710 : Pellegrino Sparking | 5.51 | |
| 08-24-17 | Room Revenue | | 329.00 | |
| 08-24-17 | Tax-Room 14% | | 46.06 | |
| 08-24-17 | SMTMD Assessment | | 5.00 | |
| 08-24-17 | Hotel Amenity Fee | | 25.00 | |
| 08-25-17 | Minibar | Room# 1710 : Voss 330ml | 5.51 | |
| 08-25-17 | Room Service Charge | 0038505 | 23.42 | |
| 08-25-17 | Visa Card 478200XXXXXX9017 | 01/20 | | 529.62 |
| | | **Total** | **529.62** | **529.62** |
| | | **Balance** | **0.00 USD** | |

I have received the goods and/or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, association or credit card issuer fails to pay for any part or the full amount of these charges. If a credit card is charged, I further agree to perform the obligations set forth in the Cardholder's agreement with the issuer.



H U N T L E Y

SANTA MONICA BEACH

Page No. 2 of 2
08-25-17

**Mr Joshua Metnick**
**40 E Chicago Avenue**
**Chicago IL 60611**
**United States**

| | |
|---|---|
| Arrival Date | 08-24-17 |
| Departure Date: | 08-25-17 |
| Confirmation No.: | 3253835 |
| Number of Adults: | 1 |

Company: Walk-in

Agent: JDLOUHY

| Folio No. 404865 | Room Number 1710 | **INFORMATION INVOICE** |
|---|---|---|

| **Date** | **Description** | **Charges** | **Payments** |
|---|---|---|---|

Signature

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 16 of 43

1111 2nd Street, Santa Monica, CA 90403 Telephone (310) 394-5454 Fax (310) 458-9776 www.thehuntleyhotel.com

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 17 of 43

Joshua Metnick

AAdvantage # PXX5092

Ticket # 0012145467040

## Your trip receipt

Visa XXXXXXXXXXXXXX9017

***Joshua Metnick***

| | |
|---|---|
| FARE-USD | $ 372.09 |
| TAXES AND CARRIER-IMPOSED FEES | $ 42.11 |
| **TICKET TOTAL** | **$ 414.20** |



Cab #2017
773-561-4444
Chicago, IL
08/26/17 01:21
DIST..... 18.50
FARE...$ 46.25
TECH...$ 0.50
TIP....$ 10.05
EXTRAS.$ 4.00
60.80
9017
100500997
071932
Sign Here:



United States of America

View hotel Map and directions

**Reservation dates**
Aug 23, 2017 - Aug 24, 2017

**Itinerary #**
7290265133862

Get protection in case of last-minute cancellations or missed hotel nights

Protect my hotel

Expires 24 hours after confirmation of hotel booking

## Check-in and Check-out

**Check-in time**
3 PM

**Check-out time**
noon

**Check-in policies**
Check-in time starts at 3 PM
Check-in time ends at midnight
Your room/unit will be guaranteed for late arrival.

ELECTRONICALLY FILED
2/2?/2018 10:46 AM
2018-L-00185?
PAGE 19 of 43

## Room

**Guests**
Reserved for Joshua Matnick
2 adults

**Room**
Deluxe City View Double

**Room requests**
2 Queen Beds
Non-smoking room

## Price summary

**Price breakdown**
Room price $404.11
1 night: $350.10
Taxes & fees : $54.01

**Total $404.11**
Collected by Expedia

**Book early and save 10%**
**Prices shown after -$38.90 savings**
Unless specified otherwise, rates are quoted in US dollars

DOUBLETREE BY HILTON

DOUBLETREE SUITES BY HILTON SANTA MONICA
1707 FOURTH STREET
SANTA MONICA, CA 90401
United States of America
TELEPHONE 310-395-3332 • FAX
Reservations
www.doubletree.com or 1-800-222-TREE

METNICK, JOSHUA

1707 FOURTH ST

SANTA MONICA CA 90401
UNITED STATES OF AMERICA

Room No: 628/NKXI
Arrival Date: 8/22/2017 10:35:00 AM
Departure Date: 8/23/2017 11:55:00 AM
Adult/Child: 1/0
Cashier ID: JENNYS
Room Rate: 341.05
AL:
HH #
VAT #
Folio No/Che 766457 A

Confirmation Number: 94534006

DOUBLETREE SUITES BY HILTON SANTA MONICA 8/23/2017 11:55:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 8/22/2017 | 5695146 | GUEST ROOM | $341.05 |
| 8/22/2017 | 5695146 | OCCUPANCY TAX | $48.41 |
| 8/22/2017 | 5695146 | TMD ASSESSMENT | $5.00 |
| 8/23/2017 | 5695505 | VS *9017 | ($394.46) |
| | | **BALANCE** | $0.00 |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 20 of 43

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 093413 | MERCHANT ID | 150557 |
| CARD NUMBER | VS *9017 | EXP DATE | 01/20 |
| TRANSACTION ID | 5695505 | TRANS TYPE | Sale |

**Closed** **ID:** 22163297 **Report Policy:** navier.io

josh Expenses to 2017-07-31 $336.94

To: **josh@navier.io**
From: **josh@navier.io**
Dates: **Jul 1, 2017 to Jul 11, 2017**

Meals - $18.90

| DATE | MERCHANT | TAG | COMMENT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| Jul 9 | Coffee | ±5 Topcoin | Topcoin: Meeting with E. Schmid | CHF18.20 | 1.0383 CHF/USD $18.90 |
| | | | | | **$18.90** |

Transportation - $318.04

| DATE | MERCHANT | TAG | COMMENT | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| Jul 1 | Taxi | ±1 Topcoin | Topcoin: Airport Taxi to Hotel | Dkr351.00 | 0.1537 DKK/USD $53.96 |
| Jul 3 | Taxi | ±2 Topcoin | Topcoin: Taxi to meet with Jakob L. | Dkr160.00 | 0.1536 DKK/USD $24.58 |
| Jul 3 | Taxi | ±3 Topcoin | Topcoin: Taxi back to hotel after meeting with Jakob L. | Dkr193.00 | 0.1536 DKK/USD $29.64 |
| Jul 5 | Taxi | ±4 Topcoin | Topcoin: City to Airport Hotel | CHF56.78 | 1.0371 CHF/USD $58.89 |
| Jul 9 | Taxi | ±6 Topcoin | Topcoin : Taxi back from meeting with E. Schmid | CHF25.00 | 1.0383 CHF/USD $25.96 |
| Jul 9 | Taxi | ±7 Topcoin | Topcoin: Taxi from Zurich to airport hotel | CHF55.60 | 1.0383 CHF/USD $57.73 |
| Jul 11 | Taxi | ±8 Topcoin | Topcoin: Taxi from hotel to airport | CHF65.00 | 1.0351 CHF/USD $67.28 |
| | | | | | **$318.04** |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 21 of 42

Notes

± The information on this receipt was manually entered. Please verify for authenticity.

## Report History & Comments

Jul 31, 2017 2:21 PM PDT
You submitted this report (automatically closed due to submit-only policy) to **you**

Jul 30, 2017 4:36 PM PDT
You retracted this report.

Jul 30, 2017 4:36 PM PDT
You unapproved this report.

Jul 16, 2017 11:27 PM PDT
Concierge submitted this report (via **Scheduled Submit**, automatically closed due to submit-only policy) to **you**

Jul 16, 2017 11:27 PM PDT
Concierge created this report to hold all expenses from report **#21983767** that could not be **Auto-Approved**

## Receipt Thumbnails

ELECTRONICALLY FILED

1

Date: Jul 1
Merchant: Taxi
Total: Dkr351.00
Category: Transportation
Tag: Topcoin

2

Date: Jul 3
Merchant: Taxi
Total: Dkr160.00
Category: Transportation
Tag: Topcoin

3

Date: Jul 3
Merchant: Taxi
Total: Dkr193.00
Category: Transportation
Tag: Topcoin

4

Date: Jul 5
Merchant: Taxi
Total: CHF56.78
Category: Transportation
Tag: Topcoin



5

Date: Jul 9
Merchant: Coffee
Total: CHF18.20
Category: Meals
Tag: Topcoin

6

Date: Jul 9
Merchant: Taxi
Total: CHF25.00
Category: Transportation
Tag: Topcoin

7

Date: Jul 9
Merchant: Taxi
Total: CHF55.60
Category: Transportation
Tag: Topcoin

8

Date: Jul 11
Merchant: Taxi
Total: CHF65.00
Category: Transportation
Tag: Topcoin

Attachments

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 23 of 43

Powered By Expensify



...lter Nr. 2192 MWST-Nr. nicht MWST-pflichtig
...uzman Orel

**Quittung für Taxifahrt**

von:

nach:

Taxe CHF: 65.– inkl. 8% MWST

Datum: 11.7.12

FZ Züri-Nr.: Unterschrift:

Sie sind gefahren mit einem Fahrzeug der Genossenschaft
TAXI 444 ZÜRICH 044 444 44 44

Silber Taxi GmbH
Ruemlangerstrasse 73
8052 Zuerich

Buchun...
VISA DE...
XXXXXXXXXXXX9017

09.07.2017 13:57:20
Trm-Id: 30820241
Trx. Seq-Nr.: 13214
Autorisationscode: 065707

EFT CHF: 55.60
Trinkgeld CHF: 0.00

Total-EFT CHF: 55.60

SIX Payment Services

myPOS™

MYPOS *O.CAGLAR TAXI

ZURICH SWITZERLAND
8004 MAGNUSSTRASSE 25
TERMINAL ID: 90022693
MERCHANT ID: 000000010437900
DATUM: 09/07/17 ZEIT: 19:27:50

VISA

KARTE: XXXX-XXXX-XXXX-9017
METNICK/JOSHUA K
KARTE GELESEN

[illegible] 25.00 [illegible]

ICH AKZEPTIERE [illegible] BUCH[illegible]

UNTERSCHRIFT: [illegible]
TRANSAKTION: GENEHMIGT
STAN: [illegible]
AUTH.CODE: 022713
[illegible] 719017235377
A0000000031010

Restaurant Da Capo
Bahnhofplatz 15
8001 Zürich

*** Kundenbeleg ***

Buchung
VISA DEBIT
XXXXXXXXXXXX9017

09.07.2017 18:36:34
Trm-Id: 24120769
Trx. Seq-Cnt: 6354
Auth. Code: 063612

Total-EFT CHF: 18.20

SIX Payment Services

Taxi
Harun Ahadyar
Tel: 078 665 66 65

*** Kundenbeleg ***

Buchung
VISA DEBIT
XXXXXXXXXXXX9017

05.07.2017 12:01:22
Trm-Id: 24108725
Trx. Seq-Cnt: 2731
Auth. Code: 792877

Total-EFT CHF: 52.00
Wechselkurs USD 1.00 [illegible]1915944848

Total-EFT USD: [illegible]5.78

3.50% markup included in the exchange [illegible]

I accept that I have been offered a choice [illegible] currencies for payment and that this choice [illegible] final. I accept the conversion rate and the final amount in transaction currency.

Exchange rate provided by SIX.

SIX Payment Services

# 4 X 48 / DANTAXI

MOOVE er Danmarks nye taxi-app
Taxi som du kender det - bare uden det
rullende taxameter. Hent app'en og få
fast lav pris på din næste taxitur.

TAXI NR.: 1-1263 FØRER NR.: 19214

FRA:________________________________

TIL:________________________________

DATO.: 03-JUL-2017 TUR.: 3710
START KL.: 13:57
SLUT KL.: 14:10
TAKST NR: 1

| | | | |
|---|---|---|---|
| STARTGEBYR | | DKK. | 24,00 |
| KØRSEL | KM. 10,30 | DKK. | 143,00 |
| TIMETAKST | | DKK. | 26,00 |

---

| | | |
|---|---|---|
| EKSTRA | DKK. | 0,00 |

---

| | | |
|---|---|---|
| KORTBETALING | DKK. | 193,00 |
| | (EUR | 27,32) |

DATO: 03-JUL-2017 NOTA : 1272
KORT: 4792 00XX XXXX 9017

---

Taxinord
KONGEVEJEN 135
2830 Virum
TLF. +45 45856666

Taxi 4X27
Vægtergangen 32 A
2770 Kastrup
TLF: +45 32523111
CVR: 16197382

2017-07-03 11:59

KØB DKK 160,00

VISA DEBIT
XXXX XXXX XXXX 9017
TERM: 00139558-020684
I@1 NETS NR:0001126717
ATC:00154 AED:170110
AID: A0000000031010
PSAM: 5374978-0000503634
ARC:00 STATUS:0000
AUT. KODE: 035905
REF:020684 AUTORISERET

KORTHOLDERS KOPI

4 X 48 / DANTAXI

MOOVE er Danmarks nye taxi-app
Taxi som du kender det - bare uden det
rullende taxameter. Hent app'en og få
fast lav pris på din næste taxitur.

TAXI NR.: 1-0287 FØRER NR.: 23635

FRA: ______________________________

TIL: ______________________________

DATO.: 01-JUL-2017 TUR.: 14870
START KL.: 19:40
SLUT KL.: 20:05
TAKST NR: 1

| | | | |
|---|---|---|---|
| STARTGEBYR | | DKK. | 24,00 |
| KØRSEL | KM. 20,80 | DKK. | 305,00 |
| TIMETAKST | | DKK. | 22,00 |
| SUBTOTAL | | DKK. | 351,00 |
| EKSTRA | | DKK. | 0,00 |

KONTANT DKK 351,00
(EUR 49,69)

4 X 48
Vi glæder os til at se dig igen!
TAXINORD

**Closed** **ID:** 22506868 **Report Policy:** navier.io

# josh Expenses to 2017-07-31

$4,818.94

To: **josh@navier.io**
From: **josh@navier.io**
Dates: **Jun 25, 2017 to Jul 31, 2017**

Transportation - $4,818.94

| DATE | MERCHANT | | TAG | COMMENT | TOTAL |
|---|---|---|---|---|---|
| Jun 25 | Norwegian Air | ±1 | Topcoin | | $992.60 |
| Jul 31 | Hotel Fees | ⊕ | Topcoin | $155.16/night 6/28 - 7/11 Based on avg 3 star: https://www.priceoftravel.com/82/switzerland/zurich-prices | $2,172.24 |
| Jul 31 | Swissair | ±2 | Topcoin | Flight RT USA <> ZRH | $1,654.10 |
| | | | | | **$4,818.94** |

Notes

* The information on this receipt was manually entered. Please verify for authenticity.
⊕ Cash expense with no receipt

ELECTRONICALLY FILED
/2018 10:46 AM
018-L-001857
PAGE 32 of 43

Report History & Comments

Jul 31, 2017 2:22 PM PDT
You submitted this report (automatically closed due to submit-only policy) to you

Jul 30, 2017 4:29 PM PDT
Concierge created this report

Receipt Thumbnails



YOUR BOOKING REFERENCE IS OGGCGJ

Date: Jun 25
Merchant: Norwegian Air
Total: $992.60
Category: Transportation
Tag: Topcoin

Date: Jul 31
Merchant: Swissair
Total: $1,654.10
Category: Transportation
Tag: Topcoin

Attachments

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 33 of 43



E-Ticket Confirmation

For further assistance please call (800) 243-2724 or e-mail Support@CheapAir.com.

## Trip Summary

| Booking Date: | **09 July 17** |
|---|---|
| Booking Number: | **1736937138** |
| Trip: | **Washington** |
| Airline Confirmation #s: | **RU6Q3R (Swiss)** |

## Passenger Name(s)

METNICK/JOSHUA

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 3 of 43

## Itinerary

| Tuesday, 11 July 17 | Swiss Flight #3200 |
|---|---|

swiss

Depart: **Zurich, Switzerland (ZRH)** **11:55am**

Arrive: **Washington/Dulles , DC (IAD)** **3:20pm**

Economy Class Boeing 767-400 Flt Time: 9:25

*Seat assignments to be given at check-in.*

*Flight operated by United Airlines - Check in with United*

| Monday, 17 July 17 | Swiss Flight #3201 |
|---|---|

swiss

Depart: **Washington/Dulles , DC (IAD)** **5:40pm**

Arrive: **Zurich, Switzerland (ZRH)** **8:05am** (next day)

Economy Class Boeing 767-400 Flt Time: 8:25

*Seat assignments to be given at check-in.*

*Flight operated by United Airlines - Check in with United*

## Air Pricing

| Passenger | Ticket #(s) | Base | Tax/Fees | Total |
|---|---|---|---|---|
| **Joshua Metnick** | 7248685237370 | $1132.38 | $521.81 | **$1654.19** |
| **TOTAL** | | | | **$1654.19** |

Note: All prices are in U.S. dollars.

# Booking Confirmation

norwegian

**Thank you for booking with Norwegian.**

**You will need to bring valid photo ID to check in. A valid passport and visa may be required when travelling to certain destinations. For more information regarding ID requirements, please visit www.norwegian.com. We recommend that you print out the travel documents for your flights.**

## YOUR BOOKING REFERENCE IS: **OGGCGJ**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-00185
PAGE 35 of 43

| **Flight info** | **From/To** | **Category/Seating** | **Links** |
|---|---|---|---|
| DY7148 - 25 Jun 2017 | 21:20 Boston<br>08:40 London-Gatwick | LowFare<br>Seats reserved | Change flight<br>Change seats |
| D[illegible]54 - 26 Jun 2017 | 13:10 London-Gatwick<br>16:30 Stockholm-Arlanda | LowFare<br>Seats reserved | Change flight<br>Change seats |
| Passengers | HO/VY<br>METNICK/JOSH | | |

**Additional products ordered**

Please follow the link on the right, to view your purchased products

**Links**

View/Add products

**Other information**

See attached Travel Documents for more travel details.

You can also view details online.

Total amount is **USD 1985.20**

To view price information, see attached Travel Receipt or download it online.

**Links**

View reservation

Get travel document

**Hotel and car rental in Stockholm-Arlanda**



**Closed** **ID:** 22579468

**Report Policy:** navier.io

# Josh Expenses to 2017-08-20

$2,685.03

To: **josh@navier.io**
From: **josh@navier.io**
Dates: **Aug 1, 2017 to Aug 21, 2017**

Other - $5.00

| DATE | MERCHANT | TAG | TOTAL |
|---|---|---|---|
| Aug 1 | Expensify, Inc. | [1] Topcoin | $5.00 |
| | | | **$5.00** |

Transportation - $2,680.03

| DATE | MERCHANT | TAG | TOTAL |
|---|---|---|---|
| Aug 16 | American Airlines | [‡2] Topcoin | $75.00 |
| Aug 16 | American Airlines | [‡3] Topcoin | $338.41 |
| Aug 20 | Le Meridien | [‡4] Topcoin | $1,551.33 |
| Aug 21 | Doubletree Hotels | [‡5] Topcoin | $715.29 |
| | | | **$2,680.03** |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 36 of 43

Notes

‡ The information on this receipt was manually entered. Please verify for authenticity.

## Report History & Comments

Aug 21, 2017 10:45 AM PDT
You closed this report.

Aug 1, 2017 5:35 AM PDT
Concierge created this report

## Receipt Thumbnails







Date: Aug 1
Merchant: Expensify, Inc.
Total: $5.00
Category: Other
Tag: Topcoin

Date: Aug 16
Merchant: American Airlines
Total: $75.00
Category: Transportation
Tag: Topcoin

Date: Aug 16
Merchant: American Airlines
Total: $338.41
Category: Transportation
Tag: Topcoin

Reservation dates
Check-in and Check-out
Check-in time
Check-out time
Check-in policies
Room
Guests
Room
Included amenities
Room requests

Date: Aug 20
Merchant: Le Meridien
Total: $1,551.33
Category: Transportation
Tag: Topcoin

Check-in and Check-out
Check-in time
Check-out time
Check-in policies
Room

Date: Aug 21
Merchant: Doubletree Hotels
Total: $715.29
Category: Transportation
Tag: Topcoin

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 37 of 43

Attachments

7289505579069

Get protection in case of last-minute cancellations or missed hotel nights

Protect my hotel

Expires 24 hours after confirmation of hotel booking

Check-in and Check-out

**Check-in time**
3 PM

**Check-out time**
noon

**Check-in policies**
Check-in time starts at 3 PM
Your room/unit will be guaranteed for late arrival.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 35 of 40

Room

**Guests**
Reserved for Joshua Metnick
2 adults

**Room**
Suite, 1 King Bed, Balcony

**Room requests**
1 King Bed
Non-smoking room

Price summary

**Price breakdown**
Room price $829.88
2 nights: $359.00 /night
Taxes & fees : $111.88

Subtotal: $829.88
16,048 Expedia+ points used: -$114.59
**Total $715.29**
Collected by Expedia

Unless specified otherwise, rates are quoted in US dollars.

Message hotel

**Reservation dates**
Aug 17, 2017 - Aug 20, 2017

**Itinerary #**
7268838784162

Get protection in case of last-minute cancellations or missed hotel nights

Protect my hotel

Expires 24 hours after confirmation of hotel booking

Check-in and Check-out

**Check-in time**
3 PM

**Check-out time**
11 AM

**Check-in policies**
Check-in time starts at 3 PM
Your room/unit will be guaranteed for late arrival.

ELECTRONICALLY FILED
2/23/2018 10:43 AM
2018-L-001957
PAGE 39 of 43

Room

**Guests**
Reserved for Joshua Metnick
2 adults

**Room**
Room, Ocean View

**Included amenities**
Free Parking, Free Valet Parking

**Room requests**
1 King Bed
Non-smoking room

Message hotel

Price summary

**Price breakdown**
Room price $1,551.33
3 nights: $449.33 /night
Taxes & fees : $203.34

**Total $1,551.33**

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 40 of 43

Move to Inbox More

Joshua Metnick

AAdvantage # PKX5092

Ticket # 0012142486962

# Your trip receipt

Universal Air Travel Card XXXXXXXXXXXXX884

***Joshua Metnick***

| | |
|---|---|
| FARE-USD | $ 288.38 |
| TAXES AND CARRIER-IMPOSED FEES | $ 50.03 |
| **TICKET TOTAL** | **$ 338.41** |

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 41 of 43

**Record locator: FRGDJU**

**Thanks for choosing American Airlines. Here is a receipt for your recent purchases.**

# Your trip receipt

Miscellaneous, Visa XXXXXXXXXXXXXX9017

***Joshua Metnick***

DOCUMENT NUMBER 0010656238705

| | |
|---|---|
| FEE-USD | 75.00 |
| **TOTAL** | **$ 75.00** |
| SAME-DAY FLIGHT CHANGE | $ 75.00 |

Expensify

# Your Purchase was Successful!

Thank you for using Expensify! Here is your receipt for your records. If you have any questions, check out our pricing page or feel free to contact us.

**Itemized Receipt**

Active user billing for July 2017

Team Policy: navier.io
1 user(s) at $5.00 per user: $5.00
josh@navier.io

Total usage across all 1 policies $5.00

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 42 of 43

**Billing Details**
Operation: Purchase
Account: 405731XXXXXX0651 (Visa)
Amount: $5.00
Date: 2017-08-01 12:35:03 UTC
Transaction: ch_1AlzaTKMVuTn5qYVOAf6KzOo

Merchant: Expensify, Inc.
548 Market St, #61434
San Francisco, CA 94104

PS: This receipt was automatically added to your Expensify account, so you can add it to your next expense report!

© 2008-2017 Expensify, Inc.

ELECTRONICALLY FILED
2/21/2018 10:46 AM
2018-L-001857
PAGE 43 of 43