**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Mr. Joshua Metnick, individually and derivatively on behalf of Topcoin, LLC, <br><br>       Plaintiff, <br><br> v. <br><br> Mr. Michael Blend, Mr. Joshua Jones, Mr. George Minardos, FGL Labs, LLC, Topcoin, LLC, and Plan Bee, LLC, <br><br>       Defendants. | ) <br> ) <br> ) <br> ) Case No. 18-cv-2660 <br> ) <br> ) <br> ) (Formerly Case No. 18 L 001857 in the <br> ) Circuit Court of Cook County, Illinois) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION FOR DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Joshua Metnick, individually and derivatively on behalf of Topcoin, LLC, and Defendants, Michael Blend, Joshua Jones, George Minardos, FGL Labs, LLC, Topcoin, LLC, and Plan Bee, LLC, through their respective attorneys, hereby jointly stipulate to the dismissal of this action, without prejudice, in accordance with the parties' Settlement Agreement, with leave to reinstate the case until November 27, 2018. If no motion to reinstate the case has been filed by November 27, 2018, the dismissal shall automatically convert to a dismissal with prejudice on November 28, 2018. Other than as provided in the Settlement Agreement, the parties will each bear their own respective costs and attorneys' fees.

/s/Michael Haeberle
Thomas E. Patterson (3128587)
Michael D. Haeberle (6309164)
Patterson Law Firm, LLC
200 W. Monroe, Suite 2025
Chicago, IL 60606
Tel.: (312) 223-1699
Fax: (312) 223-8549
tpatterson@pattersonlawfirm.com
mhaeberle@pattersonlawfirm.com

*Attorneys for Plaintiff Joshua Metnick*

/s/Sanjay Shivpuri (with permission)
Sanjay Shivpuri
Chuhak & Tecson, P.C.
30 South Wacker Drive, Ste 2600
Chicago, IL 60606
sshivpuri@chuhak.com

*Attorneys for Defendant Topcoin, LLC*

/s/Craig Derrig (with permission)
Craig Derrig
Keith Ybanez
Wood Smith Henning & Berman LLP
222 South Riverside Plaza
Chicago, IL 60606
cderrig@wshblaw.com
kybanez@wshblaw.com

*Attorneys for Defendants Michael Blend, Joshua Jones, George Minardos, FGL Labs, LLC, and Plan Bee, LLC*